**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

**(Action No.)19 cv 01975**

Plaintiff's,

Delbert Sgaggio**,**

vs.

Defendant's,

Chief Vince Niski in his official and individual capacity,

Brett Poole, in his official and individual capacity,

City of Colorado Springs, a municipality,

ROGER VARGASON, in his official and individual capacity,

DANIELLE MC CLARIN, in her official and individual capacity,

ANGIE NEIVES, in her official and individual capacity,

Brett Lacey, in his official and individual capacity,

ROBERT MITCHELL, in his official and individual capacity,

DA. Dan May, in his official and individual capacity,

E.M.Land 4250, in her official and individual capacity,

J True 2063, in his official and individual capacity,

Jeff strossner in official and individual,

S Hausman, in his official and individual capacity,

Emory Gerhart, in his official and individual capacity,

Kirk Montgomery, in his official and individual capacity,

Marcus Allen, in his official and individual capacity,

Greg Dingrando,  in his official and individual capacity,

Paul Kavanaugh, his official and individual capacity,

Tyler Bresson, his official and individual capacity,

Nicholas Hamaker, his official and individual capacity,

Supervisor Eric Anderson, his official and individual capacity,

JOHN DOE 1-99, in his/her official and individual capacity,

---

## Amended COMPLAINT AND DEMAND FOR JURY TRIAL

---

_

I PLANTIFF DELBERT SGAGGIO Pro Se respectfully alleges in my Complaint and Demand for jury trial.

## INTRODUCTION

I am grateful for the court's patients in allowing me to amend my complaint.  I will do my best to comply with all the standards that the court has set.

## JURISDICTION AND VENUE

 This action arises under the Constitution of the United States, pursuant to 42 U.S.C. § 1983.

This Court has jurisdiction under 28 U.S.C. § 1331.  Venue is proper pursuant to 28 U.S.C. § 1391. All parties reside within the District of Colorado, and the events described in this Complaints occurred in the District of Colorado.

## PARTIES

Delbert Sgaggio is a resident of Colorado Springs, Colorado.

At all times relevant to the allegations of this Complaint, Defendants; John Suthers,  Brett Poole, ROGER VARGASON, DANIELLE MC CLARIN, ANGIE NEIVES, Brett Lacey, ROBERT MITCHELL, DA. Dan May, E.M.Land 4250, Chief Vince Niski, J True 2063, S Hausman, Emory Gerhart, Kirk Montgomery, Marcus Allen, Greg Dingrando, Paul Kavanaugh, Tyler Bresson, Nicholas Hamaker, Supervisor Eric Anderson, were or are Public Servants, working for Either El Paso County or The City of Colorado Springs. E.M. Land was employed by Woodland Park Police Dept.

Defendants The City of Colordo Springs.
At all times relevant to this Complaint, defendants were acting or failing to act under color of state law.

## FACTUAL  ALLEGATIONS

3

**Gang List**

During the early 1990s.  I was unconstitutionally placed on a gang list because, I was a minority, I hung around Hispanic people and black people, and I lived in a poor neighborhood. In the rich white neighborhoods there were no gang task force. But where I lived in Pikes Peak Park, the gang task force would Target us at a very young age.

Being placed on this list meant you lost all your constitutional rights, it meant that if a gang task force officer seen you, you would be immediately pulled over. Firearms would be pointed in your face.  You would be forced to exit your car at gunpoint. You would then be handcuffed and your car would be searched, and you would be searched very intrusively. My genitalia were always aggressively grabbed, and I was always search between my butt cheeks. I never gave consent to any of these searches. Officers never asked if they could search my vehicle, they just did and I would be roughed up so I knew who the boss was.

Roger Varagason did bounce my head off the trunk of a car a couple times in the 1990s.  This so-called elite unit made sure that minorities were hit with a slew of charges, lots of the charges were frivolous. All of my childhood friends are felons from this racist policing, only my friends who parents had lawyer money are not felons.  Roger Vargason was aways the most aggressive officer on the Gang Task Force.  Everyone in the neighborhood said he was on steroids.

The only one Division that has a Gang Task force was the Sand Creek division.  This division, covers the south side of Colorado Springs.  The majority of the minorities lived here because a rent was cheaper.  Also because of the close proximity to the army base.

CSPD publish racially disparaging information on how the Gang list Document minorities in

**CSPD annual report page 26,  2006 annual report.[1]**

Metro VNI – Gangs
Gang membership in the City of Colorado Springs remains comparatively low to that of other cities our size across the nation. There are currently 390 documented confirmed and associate gang members in our city. Of the 390 members listed, 341 are adults while 29 are juveniles. Adult males make up 96% of the overall gang population. The Hispanic gang membership population in Colorado Springs is the largest grouping with 180 members, of which 149 are adults and 31 are juveniles. The second largest group is the Crip gang, which has 104 members, of which 95 are adults and nine are juveniles.Although the Hispanic gangs are the largest in number, the gang-related criminal activity has increased most notably within the

---

[1] https://coloradosprings.gov/sites/default/files/police/crime_data/2006_cspd_annual_report.pdf

Crip gang, specifically the 81st Street East Side Hustlers, and the Folk gang, the Black Gangster Disciples. There are currently 52 confirmed and associate adult and juvenile 81st Street East Side Hustler Crips and 55 confirmed and associate adult and juvenile Black Gangster Disciples in Colorado Springs. Throughout the year, there have been more than 50 weapons' law violations committed by both these groups. To date, the majority of serious gang-related criminal activity occurring within the city could be directly attributed to these two groups.

## Colorado Springs Police Dept 2014 Annual Report.[2]

"The four-week fall deployment resulted in the investigative units conducting 942 calls for service, 87% of which were officer initiated, and resulted in 92 case reports being documented and investigated. During that time, a total of 19 firearms and 11 stolen vehicles were recovered, together with approximately 489 grams of narcotics. In addition, a total of 76 gang members were identified and submitted for gang classifi-cation by these officers, and the Tactical Enforcement Unit (TEU) deployed officers on all documented gang members who had active warrants. Of note, when comparing Officer Initiated Activity (OIA) for the same period in 2013, there was a 51.56% increase in the Sand Creek Division while the deployment was occurring (2,327 to 3,527 calls for service)."

This screams racial profiling since statics are show the majority of people on gang list are minorities.  This Gang classification

The following article shows how City of Colorado Spring's Gang list is racial bias.

**Gang activity appears to be on the decline in Colorado Springs[3]**

"Police said that as of April, there were about 700 confirmed gang members in Colorado Springs. Most are 18- to 24-year-old adults and live on the southeast side of the city. Sgt. Jason Ledbetter,

---

[2] https://coloradosprings.gov/sites/default/files/annual_report_-_2014.pdf
[3] https://gazette.com/news/gang-activity-appears-to-be-on-the-decline-in-colorado-springs/article_470fe9da-eaa5-538e-866a-a0ea5b222d87.html

who's in charge of the Gang Unit, said about 10 percent of areas gang members are teens. He did not have statistics on gang members 25 or older."

"Data on gang members provided by the Colorado Springs Police Department does not include motorcycle gangs such as the Sons of Silence or Sin City Deciples. Ledbetter said motorcycle gangs have not been much of a problem - at least in the last couple of years."

"A need was realized with the previous units and meetings that gang crime and suppression required specially trained officers solely committed to it," said Ledbetter, whose unit has six detectives and a crime analyst and is based out of the Sand Creek substation. Ledbetter said factors such as low cost of living and multihousing complexes make southeast Colorado Springs a haven for gang members. He said that part of the city has been known for gang activity before he started with the Police Department 15 years ago.

"On spotting a gang member, Ledbetter says the Police Department follows state and federal law and procedures - though he did not share specific details."

Although he doesn't have exact numbers, Ledbetter says Hispanics make up the majority of the Colorado Springs gang population.

"In addition to the confirmed gang members, there are about 140 gang associates in Colorado Springs. Those individuals, Ledbetter said, aren't part of the gangs but often "hang out" with them or are considering joining that lifestyle." (End of Article)

City of Colorado Springs Does not have a Gang list on Motorcycle gangs. This Policy, practice and or customs is a 14th amendment equal protections of the law.

Sons of Silence[4]

"One of the state's largest federal undercover operations has resulted in the arrests of at least 37 motorcycle gang members and their associates on suspicion of drug trafficking and possession of illegal weapons."

"During the searches, about 20 pounds of methamphetamine, 35 guns, four hand grenades, two silencers, cash and motorcycles were seized from members and individuals involved with the Sons of Silence Motorcycle Club."(end of article)

Motorcycle gangs commit many crimes but the City of Colorado Springs will not put white gang members on a list like they do people of Color.

"Ledbetter says Hispanics make up the majority of the Colorado Springs gang population." This shows the Gang list is racially bias.  If you only have a gang unit putting people on a gang list in the southside of town.  The side of town where the majority of Hispanics live of course there will

---

[4] http://more.ppld.org:8080/SpecialCollections/Index/ArticleOrders/97755.pdf

be a high number of Hispanics on the list. Its call racially motive policing and I have been a victim of it my entire life.

Classifications of being a gang member or gang associates and be documented as one is unconstitutional.  you are being targeted for your association. If I am committing a crime charge me. Placing me on a list because I hang around people of color, and those people of color might have a record is unconstitutional and a violation of due process.

Gang task force only ran out of the Sand Creek Division. This means that if you lived in south side neighborhood, the poorer neighborhoods you were more than likely to be placed on the Gang list.

I've only been charged and took a plea deal twice in my life.  Once it was for underage drinking. The second time was for possession of under an ounce of marijuana in Eagle county.  Both cases were deferred.  I did not use a lawyer on either case.  My family has always held high positions in the Federal Government.  I do not break the law, I've had a good upbringing, however being placed on a gang list, makes me guilty of a slew of crimes that I did not commit.  It is also cause me, and my family a ridiculous amount of harassment and injury.  Being placed on this list, has caused the police to charge me frivolously, commit fraud upon me, commit robbery against me, and target me for most of my adult life.  Me being on a gang list has caused my brother, to lose his department of defense clearance.  It caused my mother to be terrorized and targeted.  It's this also caused me to be forced to sell all my Colorado State licensed Marijuana businesses at a discount.

There is no way to get off of this list.  For the rest of my life, I will continue to be targeted.  For the rest of my life any time I fly, I will be searched intrusively, all my baggage will be gone through, and I will be a suspect and guilty of the crime of being a gang member the eyes of any law enforcement officer.  Even though the most heinous crime I am ever committed, which would be traveling to Vail to go snowboarding with some joints in my pocket.  I will be profiled in treated as if, I were a John Gotti, Tookie Williams, or Al Capone.  Not being able to get off the gang list, and already exhibiting a ridiculous amount of harassment and injury resulting from my name being placed on this list, is a clear violation of my due process.

## Overtime Enterprise  1.

Dan May would maliciously prosecute and May and Poole would benefit.   VNI officers Defendant's   E.N land, Jeffery True and Poole were getting large amounts of overtime and comp pay.  Comp pay is paid vacation.  They then used this overtime pay and comp Pay to vacation and invest in a development/ resort in Costa Rica. Funneling illegal money from defrauding the government and theft/ robbery from my house to invest/vacation at the resort / Development is owned by a former CSPD officer.. Money stolen from the Nov. 22, 2011 raid of my house was Funneled into this resort/ development in Costa Rica. No taxes were ever payed on money stolen from me that was used in Costa Rica.. Defendants that stole money from me and then failed to report to the IRS and failed to pay taxes are the following. E.N Land, Brett Poole, Jeffrey True.

Defendant Dan May used this Criminal enterprise to push is private political agenda and to pad his budget and expand his staff. Dan mays Office receives funding from both Asset forfeiture and Federal Grants.  Dan May brought a frivolous case and maliciously prosecuted me.  This made it possible for Defendants Poole, Land, True, to get away with robbery.  Also I received nothing back of the $13,414.02 that was asset forfeited was never returned.

### Dan May

On or around May 27, 2010 Defendant Dan May fought tooth and nail against the City Ordinance that would license Medical Marijuana dispensaries.

D.A. Dan May conspired and worked with Brett Poole, Jeffrey True, EN Land, G Young 4002Y, and Lt. Godsey.  To shut down the marijuana licensing and go against the will of the voters.  Dan Mays is personal participation was to bring heavy charges against dispensary owners regardless of what evidence and what facts were presented to him.  I was maliciously prosecuted by Dan May.  Dan May cause me to be prosecuted for a pro longed period of time as to break me financially.  He knew my attorney was driving down from Denver.  I was also paying a second business attorney at the time. The continued prosecution was a tool May was using so he could close down my dispensaries. He was not prosecuting me for crimes. I broke no laws.

The frivolous case against me was dismissed.

The was no probable cause for the prosecution.  Even after the Search Warrant was executed on Nov. 22, 2011, There still was no probable cause.

Dan May acted with malice in continuing to prosecute me causing damage.  My licensing was being put on hold. I was also paying rent on buildings but could not start on the build out because my license was in question.   Our companies did not acquired the real-estate.  Need to keep us competitive with other dispensaries.   The state rules would required you acquire different real-estate (Zoning issues).  Damages also costs me my around $14,000 in lawyer fees.  The hold caused by Dan Mays malicious prosecution caused us to be stuck in sub par locations for years resulting in hundreds of thousands of

dollars in damages.

### Illegal Search without Warrant in 2010 At 1150 East Fillmore St.

In 2010 Brett Poole, did search my medical marijuana dispensary located at 1150 east Fillmore street.  Defendant Poole did not have a warrant and did not have consent from me to search the property.  Defendant Brett Poole did take medical records for my dispensary without a warrant.  I then contacted the main police department and left a verbal complaint.  This complaint was constitutionally protected speech.  When I was never contacted by the police department in concerns with this complaint.

# Search warrant  5219 Constitution Ave.

On 10/19/11 Defendant E.M. Land 4250 was ordered by Brett Poole to conduct a criminal investigation on Mr. Sgaggio based on nothing more then an applications the Mr. Sgaggio turned in to license businesses in the City of Colorado Springs. There was no probable cause of any criminal activities.

Brett Poole ordered defendants E. M.  Land to start the investigation to also retaliate against Mr. Sgaggio for filing the verbal complaint via phone.

The following 3 paragraphs are taken from the Search Warrant Statement made by E.N.Land. (Exhibit 1)

"During routine background checks of a Medical Marijuana business doing business as "A Cut Above", I found that this business applied for the following permits to operate under the following names; BND, LLC., Hobby Farms, LLC,, Mylar Group, LLC., and PnD, LLC."

"Your Affiant further found that the following persons were reported to have ownership in the businesses which appear to make up the business "A Cut Above": Robert Sauerbrey, Delbert Sgaggio, Cyril B. Smith IV, and Phillip Gist."

"In total, Your Affiant found that the business A Cut Above and its partner businesses applied for six (6) Optional Premise Cultivation permits, two (2) medical marijuana center permits, and one (1) Manufactured Infused Products permit."

Defendant's Dan May,  E.N land, Jeffery True and Poole working jointly and in concert decided that my house would be raided, all of my property would be taken regardless of the circumstances.  This would slow, and stop my licensing.  I was targeted because I was on the gang list.  My companies were also targeted because we were non white business owners.  My partner is black and Mexican, and I am Asian.  Defendant's Dan May,  E.N land, Jeffery True and Poole knew I was on the Gang List and I was A Non White Business Owner.

Utilities Data from my smart meter was also present on the search warrant. Illegal search of my smart meter Data without A warrant. On or around 10/19/11. The city of Colorado Springs utilities and Mr. Forte's not properly administer, oversee, failed to train and prevent Colorado

Springs Utilities sharing I Delbert Sgaggio's Smart meter Data with E.M. Land. Jerry Forte and the City of Colorado Springs allowed for the private utility records of Mr. Sgaggio along with the private utility records of the General public to be searched without consent or legitimate warrant.

E.M. Land 4250 made the following statement on the Search Warrant Application For 5219 Constitution Ave.

"According to Colorado Revised Statute mentioned in Title 25, it is unlawful for a Medical Marijuana Center owner to be a registered caregiver for a medical marijuana patient. Conversely, it is unlawful for a caregiver to be a registered owner of a Medical Marijuana Center"

That statement was made so that they could raid my house, and steal my property. The Colorado Revised Statute E.M. Land 4250 stated does not exist.

My medical marijuana Lawyer confirms this. Following is an official document from the state of Colorado. In (Exhibit 2) Re: Request for Statement of Position ( Delbert Sgaggio, Petitioner)

E.M. Land 4250 Committed Wire Fraud When she made up her own Revised Statue.

As a result of the Wire Fraud. The creation of a fraudulent Colorado Revised Statute resulted in, allowing Defendants Poole, Land, True, to commit their robbery, receive overtime pay, and did push Dan Mays Anti Medical Marijuana Agenda. Defendants Poole, Land, True, and Dan may all Communicated the scheme or artifice to defraud, I Delbert Sgaggio, and used Cell phone and Email to facilitate the scheme against me. Applying for licensing cannot be construed as criminal activity. By registering with the city I was following the law.

## <u>On Nov 22, 2011. Execution of Search Warrant Multiple locations.</u>

Nov. 22, 2011 I am sitting on my couch and was looking at Home Security cameras I notice six bald heads at my front door. I figured either I was being robbed by Mexican gang members. Or the swat team was at my house. I actually knew the swat team was coming to my house. My buddy had just been raided and I knew they were raiding dispensary owner's houses. I had gone over this with my lawyer. I had a medical card. It allowed me to grow six plants. I had six plants. This was all constitutionally protected activity. On top of that I was a caregiver for three people this allowed me to grow an additional 24 plants under Colorado law and the protections of the Colorado constitution.

When the swat team came to my door I was both scared and nervous. I've had many interactions with a gang task force. Gang task force officers love to be physical, gang task force also likes putting guns in your face. During this time I broke my pain pump and fluid began to run on the floor. I had just had my pictorial muscle reattached less and then 10 hours before the raid. I was an unbelievable pain. The swat team acted in a professional manner seeing I was in pain. After the swat team cleared my house the detective enter my house, and introduced himself as Brett Poole's.

My personal interactions with Defendant Brett Poole:

He was not dress like the defective he was wearing a Hawaiian shirt. Defendant Poole first asked "why, I wasn't at the state inspections that were taking place at my multiple businesses in Colorado Springs." Defendant Brett Poole thought I was handling state inspections. I told defendant Poole "I had employees handling my inspections."

My brother was sitting on the couch at the time. My brother is a retired disabled Air Force veteran. My brother also was a department of defense contractor. This frivolous raid caused my brother his career because it caused him to lose his security clearance.

Defendant Poole then asked multiple times if my brother was on the MMJ applications. My brother said no. I then asked "if I was being raided because my name was on the MMJ applications". Defendant Poole responds, "I am in charge of who makes it through the application process, and there is no way in hell I am going to let any of your businesses through. I am the guy who rubber stamps it, and I am going to shut you down." At this time defendant Poole had not even seen my house grow. The state inspections of my multiple businesses were taking place during this time. CSPD was also raiding my business partner's homes and the home of my brother. Brett Poole is already telling me he was going to put me out of business. Before he even conducted the Background Check. There were many individuals involved in the overtime enterprise. However Defendant's Dan May, E.N land, Jeffery True and Poole, were Top tier of Actors calling shots, and directly benefiting From the Robbery of me and my business partners. Defendant's Dan May, E.N land, Jeffery True and Poole, are Over Time Enterprise 1.

When I asked Defendant Brett Poole what law I have violated in Colorado Revised Statutes. Defendant Poole answers, "You need better lawyers because they don't know the law. All of your businesses are illegal, and I am going to shut them down."  When I asked Defendant Poole, "what are you charging me with." Defendant Poole responds "We just keep hitting them, we let the D.A. sort out the bodies."  Defendants Brett Poole and Dan May working together from the beginning there was no doubt in Brett Poole's mind, that I would be hit with charges.  It made no difference if the charges were frivolous or not, Defendants Poole and May were doing their best to shut down my businesses.  The robbery of all of my money meant it would be extremely hard for me to make payroll.  They also took all paper work related to my businesses.   At the time I owned four A Cut Above medical marijuana dispensaries.  I also had locations in Littleton and Denver.  All the money from these businesses were being kept at my house.   Retail tax records will show, I was bringing in hundreds of thousands of dollars in sales a month.  There was a ridiculous amount of money at my house on the day of the raid.

Defendant Brett Poole then ordered me to open my safe.  He told me if I did not open my safe, that the fire department would come in open it, and it would make a huge mess in my bedroom.  My safe was filled from top to bottom with cash over $100,000.  As soon as I open the safe, Defendant Bretts Pooles face lit up.  He ordered the patrol officers out of my bedroom.  Defendants E.N land, Jeffery True and Poole, then clean out the safe and took all the money.  Brett poole then wrote in discovery that the safe was empty.

Brett Poole kicked me out of the house, after I open the safe.  It was clear it this time I committed no crimes.  Defendant Brett Poole knew he could not arrest me.  Instead he kicked me out of the house.  I returned twice to my house, the officers would not let me in.  I was an extreme pain because of my surgery.

My plants six of them were taken.  The plants were my real religious property.  They were being protected by state medical marijuana laws.  I estimate $25,000 and grow equipment was taken from my property.  Defendant Poole did report the 13,414.02 in cash they seized but this, was a small amount of what they actually took in cash from my home.  They also took all of my Home Security video equipment.

Defendants E.N land, Jeffery True and Poole also conducted a raid at 3017 De Cortez st.  This location was my brother's house.  My brother's house was raided because he was related to me.  This raid cause significant damage to the house.  They also took around $18,000 in grow equipment.  Both the doors that were kicked in and damaged and the grow equipment purchased, was purchased by me.  They smashed every door in the house.  It was at least $3000 to fix the damage in my brother's house. My brothers Charges were dismissed without a lawyer.  I still deal with the guilt and pain knowing my brother lost his career because of the actions of Overtime Enterprise 1.  My plants six of them were taken.

## **Complaint to the Mayor**

11/23/2011 I emailed a complaint to the Mayor of Colorado Springs, (exhibit 3) I mentioned how Brett Poole and VNI were breaking the law. My complaint is constitutionally protected speech.

Dec  14, 2011 Internal affairs complaint.

Knowing that defendants, Defendants Dan May, E.N Land, Brett Poole, Jeffrey True, were breaking the law, I knew I had to report their crimes.  We went into internal affairs at police headquarters downtown.  I brought with me my brother, my business lawyer, and my criminal lawyer.   A black female officer named Shepard I believe, and an older white officer "Internal Affairs detective John doe" and took our interview.  Internal Affairs detective John doe said that I would have to report the money that was stolen to a detective. Internal Affairs detective John doe towards the end of the interview, turned off the recorder after my brother gave this account of what happened.  My brother had an appointment and left the room. Internal Affairs detective John doe turn off the recorder, called my brother a liar and criminal in efforts to conceal the scheme, and to stop my inquires of injury and to restrict me for learning the Elements of the Rico,  also chilled my speech.  This Internal Affairs detective John doe committed wire fraud by tampering with the record and turning off the recorder. John Doe Internal affairs Detective Maliciously Committed wire fraud with the intent to stop the reporting of stolen money and illegal activities by the Overtime enterprise 1. Being an older Detective he was aware of the Overtime Enterprise Scheme .  I later tried to find out his Identity but all of my investigations were fraudulently concealed.

The Theft Detective (John Doe) Not an internal Affairs Detective  said that if I did not have solid proof that, I would be charged and I would serve jail time. The Theft Detective John Doe made the statement if I did not have video, I would be false reporting.  I was intimidated with the threat of arrest. I had proof that I had large amounts of money at my house during the Nov. 2011 raids from sales taxes records. I wanted the record to show that large amounts were stole.. Yet this Detectives made it clear if, I did have video. I would be false reporting and, I would be arrested if,I tried to report the money. The Theft Detective (John Doe) said that the word of a high ranking officer Poole would have more weight in court, and the only way he would file charges is if I had video of the theft of the money. The Theft Detective (John Doe) coerced me through the threat of arrest to not file a report.. The Theft Detective (John Doe ) also would not take the report and committed wire fraud. The Theft Detective (John Doe ) knew that  keeping the theft of cash off the record, it would protect the Overtime enterprise 1,  and keep me from Identifying injury and elements of the Rico.   City of Colorado Springs employees continue to protect Defendants Dan May,  E.N Land, Brett Poole, Jeffrey True,

On 2/28/2012 Cora request sent to the City of Colorado Springs. (exhibit)

City of Colorado Springs employees continue to protect Defendants Dan May,   E.N Land, Brett Poole, Jeffrey True,  On 2/28/2012 I sent an email trying to get some information so that I could uncover my injury.  City employee. Barbara Miller stated that the cost for just part of my request would cost $5,250.  In concerns to the overtime pay section of the Cora request she made the statement  "Also, just so you know, overtime is not paid by the City of Colorado Springs (taxpayers} for these assignments but rather from drug seizure monies/grants." Her Statement in concerns with overtime pay shows unconstitutional policing for profit.  The  Defendants Poole, May, Land, True,   stole every penny I had, on top of that I now had to get a lawyer that end up costing me around $14,000.  Everything done to me was done by design of Overtime enterprise 1.  Both county and city law enforcement retaliated against me heavy from 2016 to 2017 with 6

separate continuous violations of retaliation.  I only began to learn about this scheme and my injury after on or around July 1 2017 while acting with due diligence trying to find my injury by attending the Terry Maketa criminal trial. At this time July 1 2017, I did not fully understand the Criminal enterprise and the scheme but it did come to light that the actions against me were not because I broke the law.  I was victimized so that overtime enterprise 1 could benefit from overtime and comp pay, Defendants Poole, May, Land, True, commit fraud and lied on the search warrant affidavit to make this happen. The ridiculous fee was set so that Barbara Miller could fraudulently concealed, further and protect the Overtime Enterprise 1.

## Colorado Springs Fire Dept Retaliation

Late 2011 or early 2012 Colorado Springs Fire Dept, file a cease an desist or on Mr. Sgaggio's business Mylar Group that was located on Platte Place.  Fire Dept gave Delbert Sgaggio's business a violation for running a Butane Extraction Machine.  and then stopped enforcement on other businesses running the same and or similar Butane Exaction Machine.  This was retaliation for Mr. Sgaggios constitutionally protected speech (complaints filed with the city).  It was also retaliation for Mr. Sgaggio being on the gang list and for Mr. Sgaggio being a member of a protected class under the 14th amendment.  White business owners with the same licensing as Mr. Sgaggio were allowed to continue Butane Extractions without retaliation or consequences.

Return of some of my property On or around May, 8, 2014

On May 8, 2014, I was given back my religious property. My sacred  plants that were once so beautiful and alive were now just moldy dust.   I was also given one 100 dollar bill.. CSPD had it because they believed it was fake. The 100 dollar bill was from 1950, I had a very large collection of old money.. This was the only one that made it in to evidence. My collection was stolen by Poole, E.N Land and True.  I was also given some electrical cords and a broke video home security system.  . I then asked the officers (John does) that ran the evidence room where was my money?  They replied there's no record of it but we will find out. For the next two years I called around every six months and inquired about my money..  Usually they would just leave me on hold for hours and hours.  I would get some kind of off the wall excuse. "The officer that

would know is on lunch".. "The officer that would know is on vacation." "The officer that would know is out sick." It is almost impossible to get a straight answer or any information out of any police officers. Officers always protect the interests of other officers. Through fraudulent concealment, I could never identify my injury. The Illegal search on my property July 10, 2017 located at 1850 north Academy dr. and me inquiring about my injury by attending the Maketa Trial was the only way I finally Identified the Criminal Enterprise and Scheme. Two years after my Nov 2011 case was dismissed I began to receive some of my property. I was sure I would receive the rest of my property the system just works very slow.

I went back to the evidence room and to try and retrieve my money. However when I showed up without my lawyer, I was treated in a very different matter. Within the first minute the officer told me "you know it's against the law to harass a police officer" then he asked "Do you have Bail money? Because you're about to go to jail buddy". I was threatened with the threat of arrest because I was engaged in constitutionally protected speech.


The more I inquired about my money the more the retaliation would come towards my company. but only at my company BND.LLC in Sand Creek Division jurisdiction. Brett Pooles who wasw a supervisor order Retaliation against me and was targeting my south store. The South store was BND.LLC, it was my number one store.   It did the most profit, and  had the largest Margins. By the time Poole was finished using the Sand creek Divison as his own personal Enforcement squad this store was losing money. The store also had a ridiculous turn over rate.. Before the retaliation from Brett Poole BND.LLC had a low turn over rate and high profits.. I had to sell this company recently because we could not keep employees around.  Everyone knows the police were always harassing people at this location.. Brett Poole not only with help police services,

from my south side store, Brett Poole made sure that any time employees from the south side store call the police for help we would be retaliated against.  I owned another store out of sand creek divisions jurisdiction, when we called the police for help from that store they would actually come and help us.  However any time we called Sandcreek division we will be retaliated against.

## Withholding of police services (01/03/15)

My store "A Cut Above" on the 3700 Block of Astrozon Blvd. Was robbed on a Saturday (01/03/15) Officers knew who cashed money orders from the robbery but refused to investigate. Multiple tips were given to officers, names and pictures of the robbers. Officers refused to take action. Officers withheld police services, to both retaliate, and to financially burden me, so I would stop investigations into my injury from Overtime Enterprise 1. Brett Poole was directing Sand creek division to retaliate against me.  Sand Creek Division did absolutely nothing to investigate or act in concerns with the violent robbery against my store, under the order of Brett Poole I did not get equal protections of the law.  This shows a continuous constitutional violation.

## Withholding of police services is and retaliation.  March 2016

On or around March, 2016  Delbert Sgaggio's employee's vehicle was broken into in broad daylight. The Female employee also said that the criminal, who broke into her car, was also stalking her. My Employees then called the cops, and held the criminal who was high on drugs and assaulted multiple Employees at Delbert Sgaggio's business.   The C.S.P.D Sandcreek division never charged the criminal that broke into my employee's car.  This is the second time officers withheld services.  Instead Defendant S Hausman executed an illegal, unconstitutional

search warrant on Mr. Sgaggio's Buisness "A Cut Above" 3750 Astrozon Blvd S.140, .  C.S.P.D.

John Doe then Charged Mr. Sgaggio's Employee, Edison Mason with assault. Mason had the

charges dropped and did not even have to hire an attorney. Edison was given a summons that

stated he was a white man.  Edison is black.  Charges were immediately dropped. These

retaliations were being carried out by Brett Poole who was a supervisor at the Sand Creek

division. The Division that was targeting and retaliating against me and my

business.    Defendant S Hauseman committed Constitutional violations.  Against Delbert

Sgaggio March 2016. The targeting of my Employees has caused me financial harm. Constant

targeting has caused a high turnover rate to my business the police continue to retaliate and target

Plaintiff. This can be proven through documents.   Continuous violations, violations of the 4th,

14th Amendments equal protection.


**I filed a complaint against Poole and Defendant S Hauseman on April 2, 2016**


I knew Brett Poole was retaliating against me and my business for my protected Speech,  Poole

also wanted to stop my investigation into the injury that the Overtime Enterprise 1, caused me.

Poole was committing crimes that could have him spending the rest of his life in Federal Prison.

However the City and CSPD would make sure to fraudulently conceal crimes Poole committed.


 I filed a complaint against Poole on April 2, 2016 because I knew he was the person causing

retaliation. I also included Defendant S Hausman because he conducted the no probable cause

raid under the direction of Brett Poole.  I also requested a restraining order against Poole. I also

requested the status of my property.   Jeff Strossner instead committed wire fraud and filed my

April 2, 2016 complaint back under my original internal affairs complaint that took place on Dec

14, 2011.  Jeff Strossner did not issue a new case number to document retaliation, by Bret Poole

against me. He also never replied in writing as to the status of my property.  I was told in a letter

dated April 5, 2016 from the City of Colorado Springs Signed by Jeff Strossner "If you have

questions about the release of evidence or property please call our evidence custodian  444-7744.

I had been calling the evidence custodian for two years.. This was all a big scheme. I never once

got a answer. I got treated like garbage when I called to check on my property. The City of

Colorado Springs and Jeff Strossner refusing to answer my duderinquire in writing proves

fraudulent concealment. I called in late 2016 and again August 2017 to inquire on my(money)

injuries.  These were due diligent inquires.  I was  put on hold for the 2016 call. They took my

number but never called me back in 2017.    Defendant, Jeff Strossner committed wire fraud by

not filing my internal affairs complaint against Bret Poole,   This action,  and actions by  Theft

Detective (John Doe) and  John Doe Internal affairs Detective fraudulently concealed  facts that

would have lead me to the discovery of my injury from the Overtime enterprise 1.  Strossner

Maliciously never filed the complaint I sent, with the intent to keep the Overtime Enterprise 1,

concealed so I could not discover my injury. Strossner like most police veterans knew about the

Overtime Enterprise 1.  Brett Poole was always running around in Hawaiian shirts because him,

True , and Land were always partying it up in Costa Rica. Direct result of all the Comp Pay they

were receiving. They received ridiculous amounts of Overtime and Comp pay from Overtime

Enterprise 1.  The Whole Dept knew what  Pooles was Doing. He was the one pushing all of the

illegal no probable cause Raids and living like a movie star while committing large amount of

wire fraud to keep Overtime Enterprise 1's money rolling in.  The complaint I filed had to do

with the illegal raid by Defendant S Hausman.  The raid and actions by Defendant Hausman had

absolutely nothing to do with complaints I filed in 2011.  By refiling complaints filed by me in

2016 under the 2011 complaint, Defendant  Jeff Strossner did fraudulently concealed my injuries

and also concealed  Overtime Enterprise 1.

### Illegal seizure of my person and 1st Amendment violations by EL Paso County Sheriff's Office July 7, 2016

On July 7, 2016 The El Paso County Sheriff Officers retaliated against me for my name being on

the Gang list all the Complaints (constitutionally protected Speech.) and my Free Exercise. El

Paso County Sheriff Offices have employees who work narcotics vice.  The narcotics vice

division is the division that originally targeted me in the November 2011 raids.  I have video tape

of the interaction between defendant Emory Gerhart and myself.  On that video defendant Emory

Gerhart states he was targeting me because of narcotics vice.


I had a truck that threw a driveshaft on Big Springs and Calhan RD.. I was contacted on July 6

by a Female deputy who told me I have 24 hours to move my truck, this was at about 10 pm at

night. I am then contacted at 12:18 pm July 7, 2016  by a sergeant Emory Gerhart "Who stated

that my truck was on the road and needs to be moved before dark" (I still have 9 hours and

42mins according to my first warning to move the truck) I am again contacted by Gerhart who

leaves a message on my phone 1:35 pm. Who then states it has been 2 and ½ hours. If I am not

there in 10 mins that he's towing my truck.


The actual amount of time that has passed is 1 hour and 18 mins.  I Delbert Sgaggio was in the

middle of practices and prayer. I was forced to stop my practices and prayer (due to the

continuous orders and threats). I was forced out of my Spiritual place of worship, My rights was

curtailed over threats that my property would be seized.

I was detained questioned and threatened by Defendant Emory Gerhart. Gerhart States that's vice Narcotics has him up on the hill taking pictures of my place of worship.  A continuous violations, violations of the 1st , 4th and 14th Amendments equal protection.

## **Complaints Filed with the Attorney General around July 2016**

After this incident with Defendant Emory Gerher , I filed complaints with the El Paso County Sheriffs Office ,  The Colorado Attorney General Cynthia Coffman, and the Department's of Justice.  I mailed one complaint to the State Attorney General.  I then called the state Atty. General's office to see if they had process my complaint.  The Atty. General's office is stated they had never received a complaint from me.    I then went to the Atty. General's office in Denver.  I sat in the office for almost an hour and ½ and waiting for someone to come down for my complaint.  I then ask the individual at the front desk to call the Atty. General again.   The individual at the front desk called and talk to somebody.  The individual at the front desk told me the Atty. General said to give the complaint to her, and she would take it up to their offices. When I call the State Attorney General's office to check on the status of the complaint, I was informed that they received no complaints from me.  Not once but twice is the state Atty. General Cynthia Coffman fraudulently concealed my inquiries is into my injuries.  Continuous violations of the 14th Amendments equal protections.

## **Cora Request on 7/28/2016**

The very random acts of harassment by local law enforcement made me realize that I was being

targeted. That trying to get my money back, through phone calls to the evidence room had

triggered multiple local law enforcement agencies to once again attempt to frame me.  On

7/28/2016 I filed a cora request partaking in Due Diligence in an attempt to inquire about my

Injury, I ask for the name of the male internal affairs detective who was protecting Overtime

Enterprise 1.  My requests were denied by city of Colorado Springs employee Howard Black.

Showing more fraudulent concealment.(exhibit)


On 9/21/2016 at 1:15 in the afternoon. Location Moonbeam and Monica in southern Colorado

Springs. Delbert Sgaggio was stopped for no reason by an Defendant Officer Kirk Montgomery

and he was aided by Officer Price. Montgomery asks for my passenger I.D. showing it really

wasn't about a traffic stop. Mr. Sgaggio was seized under an unconstitutional careless driving

law. The Law is unconstitutionally vague.


Law is as follows.

10.6.102: CARELESS DRIVING

Every person operating a motor vehicle on a highway, street, public way or elsewhere in this

City, shall drive the same at a speed and in a manner which is reasonable and prudent under the

conditions and having regard to the actual and potential hazards then existing; and every driver

of a vehicle, in compliance with legal requirements and the duty to use due care, shall use every

reasonable means to avoid endangering or colliding with any person, property, vehicle or other

conveyance anywhere within the City. (1968 Code §6-6-2; Ord. 75-86; Ord. 01-42).


I never endangered or collided with anyone. Also, if everyone has to drive at the same speed at

all times that would make the roads unsafe in a number of ways, and in a manner which is reasonable implies that a driver can make safe reasonable maneuvers.  The way being vaguely applied by the City and CSPD.  That means no one could safely and reasonably maneuver, allowing to be passed or passing another driver in order to safely continue ones free movement. You would have to drive a Giant truck the same as you drive a bike. Careless Driving 10.6.102 Colorado Spring municipal code is unconstitutional it is excessively vague. Plaintiff has evidence of the interaction. The Plaintiff is prepared to bring in solid evidence and witnesses. Defendant Officer Montgomery unable to provide Mr. Sgaggio with the miles per hour nor prove any reasonable elements that I drove carelessly. The officer was also unable to provide me with the decibels of Mr. Sgaggio exhaust that he said was illegal.  A continuous violations, violations of the  4th and 14th Amendments equal protection.


## Retaliation for speech and speech chilled. Jan 11, 2017

On Jan 11,2017 I  went to the municipal court to  defend against these frivolous charges. My multiple request for jury trial are violated by Judge Kristen Hoffecker. The Municipal court judge also admitted she gets paid out the general fund, which is a conflict of interest of a bias court instead of impartial. But said there was no conflict of interest making ruling that would boost, and  fill the City's accounts, addiction and to keep the City's coffers filled  that would directly benefit her which has nothing to do with the general public, but to extort generating revenue leaning towards a government for profit. City of Colorado Springs Employee Handbook says it is a conflict of interest.. I also caught Kirk Montgomery lying on the stand. The Judge does not mention it, it can be viewed on the transcripts.  Retaliation is instant and Defendant Officer Montgomery interrupts, Mr. Sgaggio during his closing arguments "Please don't Stare at Me"

Montgomery Shows total Disrespect for the court.. Judge Hoffecker never disciplines Defendant Officer Kirk Montgomery. Mr Sgaggio made the Statement that "I turned Defendant Officer Montgomery into the Dept of Justice", Defendant Officer Montgomery became angry and started intimidating Mr. Sgaggio. Officer Montgomery was wearing body armor had a loaded weapon on him and is twice the size of me. The history of continuous abuse towards me by CSPD I could tell by his uncontrollable and less than professional standard.  The Defendant made me feel I was about to be physically attacked and the court just stood there and allowed the intimidation to continue.  I also believe the judge favored the officer which is biased, because instead of directing the Defendant's to stop such intimidation she directed me to look away from the officer. I have a right to confront my accuser and cross examine and that right was denied which also violates due process. Defendant Officer Montgomery acts of retaliation is on the record during City of Colorado Springs Municipal Court Jan 11,2017. Defendant Montgomery forced me to stop my speech, and interrupted my rhythm, my speech was chilled, I changed my closing statements the transcripts will show this. The Judge after seeing Officer Montgomery's anger totally disengages Defendant Montgomery.  She then directs me to disengages looking at my accuser' my speech was chilled. Continuous violations of the 14th Amendments equal protections.

**Targeting of my mother for me engaging in constitutionally protected speech July 1, 2017**

Saturday, July 1, 2017 Defendants continue to retaliate, target, harassed, terrorize, intimidate me and members of my family in order to intentionally inflict harm to me.  Numerous officers showed up to my mothers house at 1119 Yosemite Dr.  When Tsun Chin Sgaggio (Delbert Sgaggios mother) came out of her house Tsun Chin was blinded by flashlights in her face at the time she is 77 years old , officers asked "where are you going?" Then the officers made the comment we have had reports that "there are problems at your house." Officers detained my

mother, in front of her house for 15 to 20 minutes. Tsun Chin Sgaggio has lived in that house since 1975 there was absolutely no lawful reason, to detain my Mother.

### Unlawful search and seizure of My property 7/10/2017.

My Property On July 10,2017 was Rented out to Rev Brandon Baker the Founder of Greenfaith Ministry. He used the location as a Private Church. The location was for Members only and was never a open to public. Rev Brandon Baker then Rented out two rooms to Candace Aguilera.

Overtime Enterprise 2 consist of the following Defendants Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves. The second overtime Enterprise scheme was similar but different. Defendants Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, knowing that Search Warrants have to go through a judge. Defendants Robert Mitchell and Brett Lacey devised a plan where the Roger Vargason could search my building, without a warrant in violation of clearly established law. Defendants Robert Mitchell and Brett Lacey were supervisors and did order the unconstitutional search and seizure of my property located at 1850 north academy Blvd. At the time Robert Mitchell was in charge of narcotics vice, Robert Mitchell was an EL Paso County Sheriffs Office employee. Brett Lacey was the top fire marshal. The plan was to bypass the fourth amendment. Defendants Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves working together did search and seize My property located at 1850 North Academy Blv. We have video evidence of these individuals both searching and seizing property without a warrant.

Posted on the property is the following sign. (Exhibit) This is right by the front door. Multiple

24

times you can see defendants Roger Vargason, Danielle MCCLARIN, Angie Nieves reading this

sign. We also have a video of Defendant Roger Vargason making a video of the sign.  The Sign is

the Answer to the knock and talk conducted by Defendants. This sign removes the "implied

license" that you may knock and have a consensual conversation with the individuals inside.

Sign answers any questions that defendants Roger Vargason, Danielle MCCLARIN, Angie

Nieves, wish to ask, the sign its makes it clear defendants Roger Vargason, Danielle

MCCLARIN, Angie Nieves that Defendants need a warrant. Defendants Lt. Robert Mitchell,

Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, worked together and knew

they would be violating my fourth amendment rights.  If they would've been honorable public

servants may when it went to a judge and got a warrant.  They have got plenty of search warrants

on me before. Defendants Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc

Calarin, Angie Nieves, intention was to receive overtime and Comp pay.  Defendants Lt. Robert

Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, actions were also to

stop my speech and further, protect and conceal the Overtime Enterprise 1.


 The Following is what the sign said.  Warning-Private Property

Without the owner's express verbally or written authorization

This includes any and all Government Agents except in case of fire or a medical of emergency.

Those so trespassing are subject to civil and criminal penalties per USC title 18, sections 241 and

242 and any and all other Applicable Federal and state civil or criminal trespass statutes.


This no trespasses notice is also subject to the following provision you are hereby notified that

the owners of this property require all public officials, agents or persons abide by the supreme law of the land the U.S. Constitution ratified amendments then owners refused to permit any access, search, audit, assessment without presentation of warrant.

Violators will be treated as intruders.  Violations can trigger a fine of up to $10,000 in prison sentences of up to 10 years use of necessary force may be used at sole discretion of owners. (end of the sign)

Defendants  Roger Vargason Danielle Mc Calarin, Angie Nieves Show up on my property Located at 1850 North Academy Blv. on 7/10/2017 and are met by Candace Aguilera at 11:30 am. Defendants Roger Vargason Danielle Mc Calarin, Angie Nieves are claiming to be conducting an Occupancy Check. The church isn't even open at this time.  To check the occupancy of a building wouldn't there need to be some occupants.  Mc Calarin and Angie Nieves are really there conduct an illegal search without a warrant that is the reason she has Narcotics Vice sergeant  Roger Vargason with her. Defendant Mc Cailarin asks Candace Aguilera if Defendants Roger Vargason Danielle Mc Calarin, Angie Nieves  can enter the building, Candace Aguilera makes the statement "No I will not let you in" .

Defendant Marshall Mc Clarin became angry and threatens Candace Aguilera, "If you do not let us in, nobody will be allowed in".  That is the end of the knock and talk. Defendants do not have consent or a warrant. On top of that Notice "that all Government Agents need a warrant is already posted on the window" (exhibit) Defendants  Roger Vargason Danielle Mc Calarin, Angie Nieves are given notice not once but twice that there is no consent and that Defendants should leave. All

26

Actions by Defendants Roger Vargason, Danielle Mc Calarin, Angie Nieves at 11:31 are unconstitutional.

At 11:34 AM. On Camera 8,9 (exhibits ) Candace Aguilera asks for the identification Since Defendants Vargason, Nieves and Mc Clarin would not leave. Defendant Vargason refuses to identify himself.

Defendant Danielle Mc Clarin became angry and threatened Candace Aguilera once more, "If you do not let us in, nobody will be allowed in" At this time after the second threat.  Candace Aguilera called me and informed me of the situation.  Candace Aguilera said she was going to follow defendant Danielle Mc Clarin's order.  She also said that her and the three other volunteers felt intimidated.  She said there's some guy who looks like he has a gun but here refuses to identify himself.  She said she was gonna locked the door and leave the building.

But before she could defendant roger Vargason decided to show how truly professional undercover officers act that represent CSPD.

The implied license, that has already been revoked twice, gives officers the right to knock on the Door.  But it does not give Defendant Roger Vargason the right to record with Phone, the inside of my building.

Here, Defendant Roger Vargason objectively reveals a purpose to conduct a search, which is not what anyone would think he had license to do.  (exhibit)

In the following screen shot you can see defendant roger Vargason videotaping the inside my building located at 1850 north academy Blvd.  Girl Scouts, trick-or-treaters and or reasonably respectful citizen would not video tape the inside of private property, and feel that the implied license covers this.

Defendant Officer Roger Vargason can be seen pulling forcefully on the secured entrance doors, illegally trespassing outside on private property and attempting to illegally enter GreenFaithMinistry private property building/ my Building without a legit warrant or exigent circumstance. Defendant Roger Vargason yells "Open the door, if you don't open this door you will be arrested."(exhibits)

Defend Roger Vargason then uses all his weight and leans noticeably back in attempt to pull the secured entrance door. Girl Scouts, trick-or-treaters and or reasonably respectful citizen would not do this.

Candace Aguilera responds "this is private property do you have a warrant? This angers Defendant Officer Roger Vargason who reply's "Oh now I am talking to Rob Corry" (Marijuana lawyer out of Denver) Defendant Officer Roger Vargason continues to attempt to unlawfully, lawlessly, arbitrary, forcefully open secured doors.  All of this is taking place at approximately 11:38.  Then Defendant Roger Vargason yells out "Praise the Lord".  This is conduct that Girl Scouts, trick-or-treaters and or reasonably respectful citizen would not take part in.

At 11:44 on cameras 8,9 Defendant Roger Vargason can be seen taking pictures of Members license plates, including the vehicle that Candace Aguilar drives. This is a violation of the 1st amendment since he is documenting the membership of a Non Profit. (exhibit)

At 11:51 Candace Aguilera and the three other volunteers leave the church following the orders given by defendant Danielle Mc Clarin. Everyone ran out of the church were persons of Color. The Church/my building has now been seize.  Nobody is allowed in the building by order of Defendant Fire Marshal Danielle Mc Clarin.  This is a meaningful interference with my building. (Exhibit)

At 12:09 AM. On Camera 9. Defendant Fire Marshall Angie Nieves is viewed unlawfully questioning and interrogating a GreenFaithMinistry member who is reading the schedule at the secured doors (Exhibit) After the implied license to knock and talk has been removed on three separate occasions, defendant Angie Nieves continues to conduct a search without a warrant.  This is conduct that Girl Scouts, trick-or-treaters and or reasonably respectful citizen would not take part in.

Defendants  Roger Vargason Danielle Mc Calarin, Angie Nieves finally leaves by property at 12:15 however the constitutional violations they committed has caused the church to close and no one to be allowed in the building.

I was then contacted by Rev. Baker who told me we have to let the fire department to a walkthrough next morning.  That the fire marshal had given an order, and that no one was allowed in my building.

Rev. Baker drove down from Nunn Colorado.  He arrived around midnight and slept in the parking lot of my building to make sure he would make the appointment.  The appointment was at 10:00 AM the next day.  I arrived at the building at 9:00 AM but I was scared to go in because of the order given by the fire marshal.  So I ended up waiting till 15 minutes before 10 AM then I enter my building.

Danielle Mc Calarin, showed up I believe at 10:30 AM.  She came with two younger firemen and a older fireman.  The first thing I asked her was where's Vargason?  She kind of rolled her eyes and said look that wasn't my idea.  We did a quick walk around of the building, see seemed surprised there was no marijuana grow in the building.  She gave me a list of some minor things I needed to fix.  Updated exit signs, and get my fire extinguishers updated certification.  Daniel McClarin then told both me and Rev. Baker "Since I was allowed and able to do my inspection you can once again have people in your establishment."  At roughly a 11:30 am, on July 11, 2017 the meaningful interference upon my building was released.  Danielle MCCLARIN under the color of law and the city of Colorado Springs did seize my building for approximately 23 hours.

Rev. Brandon Baker was freaking out.  He had already sued John Suthers in 2010 over religious freedom,   Suthers wrote the following in Case 1:13 –cv – 01334-PAB-KLM Doc14 Filed 08/13/13 USDC Colorado Page 9 of 17  Colorado is not outlawing marijuana, and is not placing any burden

on Plaintiffs religious practices. Plaintiff is free under Colorado Law to smoke marijuana during his religious ceremonies.

Rev. Baker showed me this documentation before he rented the building from me.

Rev. Baker stated he thought the city was retaliating against me.  He had a small church open in Colorado Springs for around four years and had never had a problem.  He had a church in Nunn Colorado since I believe 2009.  Never had a problem there either.

This began to strain the relationship between me and Rev Baker.

### Complaint filed for Unlawful search and seizure of My property 7/10/2017.

Realizing that what defendants did on my property 1850 north academy Blvd on July 10, 2017 I immediately filed a complaint on the same day the violation had happened. (exhibit 13)  At this time I was still ignorant and felt complaints that I filed were actually being investigated.  They put Robert Mitchell in charge of this complaint.  Robert Mitchell is the one that planned the unconstitutional search and seizure.  Robert Mitchell was part of the genesis of the constitutional violations that triggered my complaint.

### Withholding of Police services December 1, 2017

December 1,2017 around 10 AM my employee Kevin Price was assaulted behind 3750 Astrozon Boulevard suite 140. The company's name is A Cut Above. I have evidence that was submitted to the police, where a lady associated with the roofing company jumps out of her car to instigate an argument, and then punches my employee three times in the face. It is also clear from the

video another roofer pushes my employee. Furthermore, The woman who works for the roofing company calls the police to retaliate against us, for damages committed by the roofers to my Employee Kevin's car.. Two officers show up and made contact with my employee. These officers look as if they were just hired. They have very little knowledge of the law. The blonde officer with the spiked haircut proceeds to tell us how a jury would rule in the situation. How because of Kevin size that a jury would never convict the lady.  It is very clear that this is a violation of Colorado Revised Statutes 12 – 5– 112 practicing law without a license deemed contempt.  I have evidence of this incident. It is very clear this is official misconduct. Why is an officer discussing the outcome of a jury trial, in order to try to get out of filing charges on an individual, who has victimized my employee and my company.   Kevin then wrote out a statement and mailed the video to Sandcreek division. Sergeant Frederick, who we have on voicemail then stated. If Kevin Price insists on pressing charges, we will also charge Kevin Price (my employee).  My Employee was assaulted and never touched anyone. This is a pattern that the Sandcreek division shows once again, as for bringing frivolous charges against my employees and withholding police services to cause me financial burden continuous violations of the 14th Amendments equal protections.


12/11/2017 Complaint filed with City council and Mayor Suthers. Once again I also included Due Diligence to inquire about the discovery and cause of my injury. Continuous violations of the 14th Amendments equal protections.(exhibit 14)  During this inquire the Narcotics Vice Squad was in the news for misconduct. So I ask for the following so I could once again try to discover my injury.

"I also came across an article in the Gazette Telegraph while doing research on the

violations your Narcotics Vice have committed against the public.. The story had to do with narcotics vice not getting discovery to the DAs office. It's states that 3000 cases may be affected. I demand the audit be immediately released to the public. We believe there may be thousands of victims. These Victims have had their Constitutional rights victimized by your Narcotics Vice. I also demand that you send a copy of the audit to the FBI and the Department of Justice. I also Demand the the City conveys a Grand Jury to Investigate. As public servants it's your job to make sure that the citizens of Colorado Springs are safe from Constitutional violations."

12/12/2017 Complaint file with City council and Mayor Suthers. Once again Due Diligence to inquire about the discovery and cause of my injury, continuous violations of the 14th Amendments equal protections. (exhibit ) Contained the following "Public servants John Suthers, the Colorado Springs City Council, and Chief of police Pete Carey.. please contact me and tell me how you will punish those who have violated my civil rights. Tell me what you will do to those who are violating my civil rights at the current time. And please tell me what you will do in the future to prevent violations of my Constitution. All of you are supervisors and you have the power to stop civil rights violations in Colorado Springs. My name is Delbert Sgaggio I can be contacted at 351-0801 this is of the upmost

importance I am looking forward to an answer. Overclock420@hotmail.com

**On or around April 6, 2018 Compliant filed verbal, FBI field office Colorado springs with Agents Kyle Pressel and Julio Hernandez.**

**On May 19. 2018 Illegal search. 3410 Astrozon Court.**

I show up at my business, my gate that is always locked, is wide open.  My lock is laying on the ground CSPD Sandcreek division cut it.  There are four patrol units inside my property searching without a warrant or exigent circumstances. Officers said they had a call about people shooting in the area but I didn't seen any evidence of anything like that. Like I said in the beginning be on the Gang List means you have no rights. Incidences like this make it impossible to run a business.  The retaliation from Sandcreek division, was starting to get ridiculous.  I sold most of my businesses in the Sandcreek Division area. I sold 3 state licensed business in 2018 because of constant unconstitutional searches, targeting and harassment.  I took a large lost on these sales.

**2018 derogatory statements made against me.**

On a fire inspection by the City of Colorado Springs on BND.LLC A state licensed company that I own. In 2018 fire marshal Danielle Mc Clarin Makes derogatory statements about I Delbert Sgaggio to a future buyer of of BND.LLC.  Mc Clarin told my buyer that I like to sue people and

34

to google my name. Mc Clarin was made about complaints I made against her.  This is a form of retaliation.  It is intended and did cause friction and harm by defaming my character. Continuous violations of the 14th Amendments equal protections.


## 1st Amendment Violations "View Point Discrimination" October 18, 2018

On or around October 18, 2018, El Paso county employee Greg Dingrando did not agree with my viewpoint.  My Facebook posts were removed by Greg Dingrando and I was blocked on the El Paso County Facebook page. Once again retaliation for my speech.  This is a continue pattern that never seems to go away. After speaking to Greg's supervisor David Rose who believes that Greg Dingrando using spam policies to hide both view point discrimination and violations to my right to redress the Government are constitutional. But this also violated my right to Free Press. I am a journalist, I post my news stories on the Government facebook pages, not only to inform the public but to hold the Government Agency Accountable. . On the El Paso County Facebook page, Oct, 10 posted a picture of some new caselaw showing laws enforced by El Paso County were unconstitutional.  On the El Paso County Facebook page, Oct, 18 posted a picture I took from a current lawsuit against El Paso County Sheriff Office. I also left my opinions I had on racist.  When I contacted Dave Rose by Email as to why my post was removed and I was blocked this was his reply..  You attached the same out of context and "off topic" material to several unrelated posts on the El Paso County Face Book page within a matter of just a few minutes yesterday morning.  In compliance with El Paso County's posted social media policies, these were removed as "spam" by our social media specialist Greg Dingrando.   All my posts had to do with the El Paso county it was protected speech a redress to the government and my journalism that occurred on a public forum. They were not repetitive post they advertised and

sold nothing they were not "spam" but speech  and journalism protected by the Constitution. Furthermore, Greg Dingrando is part of the media he knows he willfully censored my speech. Greg Dingrando's viewpoint did not align with mine and that is why my post/Journalism was removed and it is also why I was blocked.  Continuous violations of the 1st Amendment.

**Octotber 10,2018 removal of Facebook Posts, By Greg Dingrando**

‹   El Paso County, Colorado's Post   •••

~~5 Shares~~



**Greg Dingrando**
I think this is going to be really cool.  Sounds like the display and the book that will go with it is similar to the popular coffee table book that shows before and after photos of famous shots around Colorado.   This will just be shots around Colorado Springs.

17h   **Like**   **Reply**



**Josh Jones**
**Alisha Jones**

14h   **Like**   **Reply**



**Delbert Sgaggio Jr.**
12 plant rule is unconstitutional. If you have been victimized by the country you need to contact an attorney and sue. This is a policy they use to violate the rights of so many in El Paso County. They are

 Write a comment...   

               

<     El Paso County, Colorado's Post     •••

17h   **Like**   **Reply**



Josh Jones
**Alisha Jones**

14h   **Like**   **Reply**



**Delbert Sgaggio Jr.**
12 plant rule is unconstitutional. If you have been victimized by the country you need to contact an attorney and sue. This is a policy they use to violate the rights of so many in El Paso County.  They are 100% liable for all damages..





2h   **Like**   **Reply**

Write a comment...   GIF   :)



**<u>Octotber 18, 2018 removal of Facebook Posts, By Greg Dingrando</u>**



< **El Paso County, Colorado's Post** ⋯

That's a huge deal right there and such a great cause for Seniors👍

9h  **Like**  **Reply**



**Delbert Sgaggio Jr.**
As an Asian American I think your employees using the word Gook is pretty damn offensive racist bastards



113.  In or about April 2016, Defendant Jaworski, while still employed at the EPCSO, referred to President Barack Obama as a "nigger" in front of several other deputies and members of the coroner's office.

114.  Defendant Jaworski, while employed at the EPCSO, also referred to Plaintiff as a "gook".

115.  Defendant Jaworski was subsequently forced to retire from the EPCSO because of the racist remarks against President Obama.

1m  **Like**  **Reply**

Write a comment…  GIF  ☺  ➤

| I | Ok | We |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 ☺ 🎤 space return



El Paso County, Colorado's Post

👍 1



**Delbert Sgaggio Jr.**
Just doing my job

113.    In or about April 2016, Defendant Jaworski, while still employed at the EPCSO, referred to President Barack Obama as a "nigger" in front of several other deputies and members of the coroner's office.

114.    Defendant Jaworski, while employed at the EPCSO, also referred to Plaintiff as a "gook".

115.    Defendant Jaworski was subsequently forced to retire from the EPCSO because of the racist remarks against President Obama.

1m   Like   Reply

Write a comment...

## Illegal search and seizure of property January 21, 2019

Marcus Allen Crossed on to the property at 1850 N. Academy Blvd., Colorado Springs, CO 80909 without a legitimate warrant and committed a search and seizure. The illegal seizure of my property caused my house of worship to be placed on lock down. I was forced to get into a verbal altercation with Officer Marcus Allen. This is recorded on both body camera video and by personal cell phone video. The individual who was running the front door, who did not let defendant Allen in, and did not give consent, and was terrorized for it. After the door man refused to open the door,  Defendant Allen should have left my property. However Mr. Allen would not leave the property. Mr. Allen decided to park his squad car on my property and continue with his unconstitutional seizure and search.

Defendant Mr. Allen not understanding implied license to knock had been removed, not understanding consent, and not understanding the fourth amendment forced my house of worship into a lock down. This violated my free exercise. This is the second time officers seized my property, and did cause a meaningful interference with my property. If Marcus Allen would have told Kevin Martinez(front door guy) who the officer was looking for. Kevin would have told defendant Allen that that individual Marcus Allen was looking for, attempted to enter earlier, but did not have the proper identification and was turned away. Officer Allen did not have consent to stay on my property. Instead Mr. Allen was met with a closed locked door and a sign that clearly shows consent would never be given and the Mr. Allen required a warrant to be on the private religious organizations property(exhibit)

Instead of leaving Mr. Allen occupied my property not only causing my house of worship to lock

down. But also causing me to be unable to freely exercise.

After my verbal conflict with defendant Allens.   Allens supervisor shows up, Officer Tidwell.
After my wife's first lawsuit I should have never had to deal with situations like this. However I
was forced into an almost identical situation dealing with Mr. Allen on January 21, 2019. In a
video we have, you can hear me tell the supervisor Tidwell in relations to the actions committed
by defendant Allen. " so if you guys would just please leave. Because you've already terrorized
every individual inside. You've terrorized all the individual volunteers. Oh you know he's
waving members off, and stuff like that. That's against the law dude, you can't do that shit."
Supervisor Tidwell reply's with " This individual here, if he is a member of your establishment,
he is allowed to go in. I am OK with him going inside."   The following picture is the individual
who was restricted from entering his house of worship. Defendant Allen took control of the
entire parking lot, causing a meaningful interference with my property.



The following is what the individual who was restricted to staying in his car by orders given by Marcus Allen had to say about the entire ordeal. His statement was taken from cell phone video. I ask "how long have you been stuck out here bro" The individual pictured above states "at least ½ hour probably" the individual pictured then states " I pulled up and he (Defendant Allen) said wait in your car for a minute. I didn't want to cause any problems so I waited in my car, I just wanted to respect his orders. I did not want any problems." Defendant Allen took control of my

property, this is a meaningful interference. He gave orders to religious members that restricted the members from entering my building. Let me make it perfectly clear, I am not suing for the members who were not allowed in the building. What I am doing is showing the court that a meaningful interference has taken place in regards to my property. Defendant officer Allen was directing members to not enter to their religious organization. Also understand that officer Tidwell had to give an official command so that that individual, who was being detained in his car before he was allowed to enter his house of worship. There can be no free exercise, when I come to my house of worship, with the intent of praying and instead have to get into a verbal conflict with officers who have no warrant, yet have actively took control of my property. The illegal meaningful interference with my property, was intimidating, harassing, a violation of his oath and has cause me injury beyond that of just stopping my prayer and violating my free exercise. These actions also caused me financial damages since a pattern of retaliation, illegal seizures, harassment and targeting of my building caused the church Greenfaith to brake their lease.

4/20/2019 Seizure of my Property



49

The Church Greenfaith held a religious celebration On 4/20/2019. The Church holds 420 as a sacred celebration, since our sacrament is cannabis. The number 420 represents cannabis. It is also sincerely held belief for me to celebrate on 420 since at the time, I was a member of GreenFaith. However on this day once again officers without warrant or exigence circumstance did take control of my property. On 4/20/2019 officers Tyler Bresson, and Nicholas Hamaker Did Tresspass and cross on to my private property without a warrant, without consent and did conduct an illegal search and seizure, at 1850 North Academy Blvd. This caused a meaningful, interference on my property by blocking the entrance to my building. Because of a pattern of unconstitutional searches and seizures, I could only assume officers were going to try to enter like they did the two previous times ( July 10, 2017 and Jan, 21, 2021) During this time my prayer was stopped, my free exercise was violated, and the Church was placed into lockdown.   I approached officers Tyler Bresson, and Nicholas Hamaker who were blocking the entrance to my building/Church and politely asked the officers " is there any way I can get you guys to move that over there a little bit?  Its restricting the entrance to this religious organization."    One of the police vehicles was clearly parked on my property.  Officers said the car that was involved in the accident was inoperable. But the car was able to drive into the drive way just fine. Also when officers tell me this, the actual driver of the car involved in the crash walks away as if he knows the officers are lying.  I also tell the dark haired officer that "we have been having a problem with you guys." The dark hair officer say "we are well aware of it" then he smiled.    I reply back " yea but its still restricting our religion this is our property right here that you are on."  " So you are refusing to move out of the entrance way. ?"   Officers did refuse to move and continued to block the entrance to my building.  Also officers parked on the opposite side of the entrance, providing no safety to the alleged incapacitated vehicle when, officers purposely block the

50

entrance.  Both cop cars could have moved.  Also the police to the turn off their overheads, and allowed the alleged incapacitated vehicle to turn on its flashers.  This would have allowed members to continue to freely exercise without the intimidation and harassment of Tyler Bresson and Nicholas Hamaker trespass on my property. 4:20 the exact time is the height of the celebration. This would have been the height of our religious celebration however my Free Exercise was chilled because of trespass, search, and seizure committed by Tyler Bresson and Nicholas Hamaker.

I then contacted Stetson hills division to follow complaint verbally against Tyler Bresson and Nicholas Hamaker.  The dispatch was actually really helpful and put me in contact with their supervisor.  I made multiple statements during this complaint.  I have the audio recording of the complaint.  Its clear that I know, I am being harassed, and I am going through financial injuries as a result of the harassment.  During the recording you can hear that I am out of breath and I'm very emotional.  I called asking for the supervisor of Tyler Bresson and Nicholas Hamaker.  I state the following on the verbal complaint that takes 4/20/2019 4:25 pm "it's Green Faith Ministries,  you guys have already got me and my renters fighting.  Because you guys keep showing up and you keep harassing my renters.  I am the property owner.  OK and this is the third time it's happened. And it's getting ridiculous.  OK.  There's already one Federal lawsuit filed against you guys.  Another person in there is about to file another Federal lawsuit, for when Tidwell and Marcus Allen showed up without a warrant and harassed and intimidated individuals.  You get what I'm saying, and now it's happening again.  And it's ridiculous, you get what I mean.  Like I've already lost hundreds of thousands of dollars.  To because you people are

over there violating my renters' rights."


Eric Allens unconstitutional supervision. 4/20/2019

Eric Allen is Tyler Bresson and Nicholas Hamaker supervisor. I have a recording of the phone

conversation I had with Eric Allen. The following are the parts I feel are relevant.  About a

minute into the conversation I make the following statement, "I was calling you so you could tell

them, mm you know to remove themselves from the property.  And to also document this third

case of harassment to my renters.   Eric Allen replies with "Ok.  To I was just there, and your

customers have plenty of access into and out of your business.  There was plenty of room for cars

to get through.  And as soon as the tow truck was there and remove the vehicle we left the area.

So you know while there was an accident there being investigated they had the right to be there.

They have the right to conduct their investigation.  They had a responsibility to make sure that

the tow truck was taken out of, got the vehicle out of the way.  So there was still access there was

still cars coming in and going out."


The video I have of the incident directly contradicts Eric Allen's theory that cars were still

coming in going and there was still access.  Also Eric Allen's reasoning's have no basis in law.

An accident happened on public property. Tyler Bresson and Nicholas Hamaker decided to move

it onto my private property.  Officers don't have the right to investigate on my private property

with no accident occurred on my private property.  Furthermore an accident that happens on

public property cannot be an excuse to Tresspass, search and seize my private property.

Accidents are not exigent circumstances.  By blocking the entrance to my building while

occupying my private property officers did make a meaningful interference with my property. Eric Allen should have told officers to vacate my private property. If he would did that I would not have to sue him today. How can one supervise when they are ignorant of the law. Noticed I did not sue Officer Tidwell he corrected unconstitutional behavior. That Is one hell of a public servant.

### Actions taken on the 3/13/2019 Complaint.

I emailed a complaint on 3/13/2019 that had to do with Marcus Allen and the incident that happened on January 21,2019 at my property located 1850 north Academy blv. the following is the e-mail I used Chiefoff@ci.colospgs.co.us. I also filed a complaint thru the City of Colorado Springs Web page, dealing with the Marcus Allen incident. (exhibit

On  4/30/2019 I spoke with an individual named Angela who was an administrative assistant in the internal affairs office.  I have this call recorded.  So there was no record of the complaint I filed against Marcus Allen. The Administrative assistant could not provide me with a case number.   This enrage me because I realized once again complaints I was filing to uphold officers accountable for misconduct were never been documented.

I later spoke with a Theresa Persons,

When I asked why there was no case number for my complaint, Persons replied because Marcus Allen was at the location on a call. I became vivid with this answer.  Later that day Theresa Persons emailed me and gave me a case number that she just added to my Marcus Allen complaint. She also gave me a case number for a Complaint I never filed. The Complaint I never

filed had to do with Tyler Bresson and Nicholas Hamaker. (Exhibit)  I had lost all faith in the

system. Knowing detailed complaints that I hoped would change and make criminal officers

accountable were not even being filed.  These actions hid multiple retaliations and constitutional

violations.


5/1/2019 Follow up Complaint to DOJ United States Attorney Zeyen Wu.

**<u>View Point Discrimination</u>**

Colorado Springs Police Department's  Facebook page run by Paul Kavanaugh continues to

censor my speech based off of view point discrimination, and hid  two of my posts around April

4 to April 20, 2019 and Hid post on September 13,2019.  The posts were communications

protected speech/ redress of the government on a public forum. These post were also forms of

my journalism.


**<u>City of Colorado Springs liability.</u>**


The City of Colorado Springs and the official policy makers never tried to remedy any of my

grievances. Complaints were never even answer by John Suthers and the City of Colorado

Springs. They did nothing to stop retaliation against me by CSPD. It is a policy, practice and or

custom to never discipline CSPD officers. Where if you mess up working at McDonald's or

Burger King you will be fired. However the city of Colorado Springs official policy and or

custom supported and manufactured by John Suthers and the City of Colorado Springs will never

punish officers. You will find more Accountability at Taco Bell. Officers are never disciplined

because there is a shortage of Officers.

"CSPD loses dozens of officers, struggles to hire replacements" "Filling the ranks"

Pam Zubeck Feb 19, 2019 Updated Oct 15, 2020 Colorado Springs Independent[5]

"From 2012 through 2018, the Colorado Springs Police Department lost 290 sworn officers to retirement, career changes, personal or other reasons. It lost another 39 from its officer training academy due to discharges or resignations.



---

[5]

The losses from the sworn ranks represent 39 percent of the current force of 736 officers, and translates to an average turnover rate of about 7 percent a year." (Filling the Ranks story) "While only one officer was discharged during that seven-year period". (Filling the Ranks story) Only one officer was fired in a seven year period, sets an example for all other officers you will never be fired from CSPD. Officers not having to worry about termination, means officers can do whatever they want, without repercussions or accountability. This story shows that the city of Colorado Springs is not disciplining officers, rather it protects its officers. The City is short on officers and has been trying to fill the ranks for quite some time.

The following was taken from a story in The Gazette[6] Colorado Springs police to restore special units to get habitual criminals off the streets ● BY Kaitlin Durbin kaitlin.durbin@gazette.com ● Apr 4, 2018 Updated Nov 28, 2018 "The shortage created gaps in police coverage, which some officers said forced them to respond to violent calls without backup. Response times also were staggeringly high at 14 minutes and 26 seconds for the top priority calls, a designation reserved for calls where there is an imminent threat to life or property. But relief is coming at the end of the month when the city graduates its largest class of recruits, adding 53 officers to patrol, Black said. The department plans to keep adding, hosting academies of 48 recruits every eight months through 2022 in an effort to hire 120 officers. That will increase the authorized strength from 706 to more than 800, he said."

---

[6] Colorado Springs police to restore special units to get habitual criminals off the streets | Colorado Springs News | gazette.com

The city of Colorado Springs knew there was an officer shortage. They knew this officer shortage would put officer's lives at risk. But the city of Colorado Springs made sure to keep their extra duty program because of how it fills the General fund. If Colorado Springs would have cut the number of extra duty hours in their extra duty program the city, could have reduced the stress on officers. This would also increase officer safety. This would reduce the number of officers answering calls without backup. In my case it would give the city of Colorado Springs the ability to impose a meaningful punishment when public servants violate my clearly established rights.   Knowingly, willfully and with malicious intent the city allows its extra duty program to be so massive without cares for officer safety, without cares for deprivation of my rights. The City of Colorado Springs has a custom, practice and or policy where they do not impose a meaningful discipline, and, or hold any CSPD officer accountable. Simply put when you take into account the city of Colorado Spring's, massive extra duty program compared to its limited police officer resources. The city of Colorado Springs is in no position to impose meaningful discipline and, or hold any officers accountable. One officer leaving could be detrimental to the city's extra duty program, it could also be detrimental to the inner workings of CSPD. Officers are in such a limited supply that if the city gave any type of meaningful discipline the officers would leave and work for another agency. The Nation wide police shortage is no secret.  "The National Police Foundation reports 86% of the departments nationwide are experiencing a shortage. It was already an issue, but the events so far in 2020 have the situation worse".[7]

The inability of the city of Colorado Springs to impose meaningful discipline and, or hold any

---

[7] https://www.wpxi.com/news/washington-news-bureau/police-departments-nationwide-dealing-with-officer-shortage/UTVOQH7MHRAL3KNZLG65NSX3DM/

CSPD officer accountable is a proximate causation for my constitutional rights being violated.

The city of Colorado Spring's extra duty program is a proximate causation for my constitutional rights being violated.

The number of officers are so low that, demand between our city growing and this extra duty program makes it so it is impossible for the city to discipline these officers in any meaningful way. During the video evidence that I will provide, you'll see officers laughing when told they violated the constitution. You will see officers laughing when they are told they are trespassing. Officers know that in the city of Colorado Springs officers are so important officers can do whatever they want, with impunity. That Officers will never be punished, they will never be fired, and nothing will ever happened to them regardless of their conduct.

You will also see video evidence of Defendant Roger Vargason getting aggressive when he is asked if he has a warrant 7/10/2017. Old officers like Vargason know they are untouchable. Vargason even laugh at me when I told him I was going to sue him. Then Roger Vargason harassed me on Facebook after I filed my suit.

 The next set of documents I present the court are Cora requests. These Cora requests have to do with CSPD extra duty contracts.

This Greed however, comes at a cost. The city of Colorado Springs puts extra duty and the over 1 million dollar revenue as a priority over the safety of the community and the rights of the residence of Colorado Springs. The Cora documents (Exhibit 18,19) These are documents for the

extra duty program for the years of 2017 and 2020 both years totals are over 1.1 million dollars it

extra duty hours collected.  No wonder when you call 911 you get put on hold in Colorado

Springs. Police also will only dispatch an officer if a gun is involved. The extra duty program, is

more work than the officers can handle. It makes it so the only way you can count on the help of

the police is if you are paying them $42.00 an hour. The city of Colorado Springs, and John

Suthers knew or should have known that the extra duty program compromises the integrity of the

Colorado Springs police force. The extra duty program also put the unfair burden on the citizens

of Colorado Springs who pay for the gear, a patrol cars, training and other expenses related to

CSPD.  In 2020 these cars and gear paid for by taxpayers had an additional 26,190 hours of use

under the Extra Duty program.


The Following are some examples of how officers are not disciplined, causing not only

community outrage but also repeat constitutional violation to those in the community.


 The following two images are taken from.[8]

---

[8] CSPD officer disciplined for 'KILL EM ALL' comments toward protesters - KRDO

# CSPD officer disciplined for 'KILL EM ALL' comments toward protesters





COLORADO SPRINGS, Colo. (KRDO) -- The Colorado Springs Police officer who said "KILL EM ALL" on a KRDO live stream of protesters on Interstate 25 has been identified as Sgt. Keith Wrede, and he'll be disciplined with a suspension and reassignment to a different position in the department.

City of Colorado Springs gave this public servant a week off, docked a little bit of his pay and reassigned him. This individual threatens murder. He carries a firearm on a daily. He is given police powers in our community. Suspension and reassignment do not impose a meaningful discipline, and, or hold any CSPD officer accountable. Threatening to commit murder in our community is a serious crime. If a civilian would have made the same threats more, than likely

they would be arrested, they would lose their career, they would lose their rights to own firearms and they would be incarcerated. I know people who got prison time for saying less.


**Internal investigation clears Colorado Springs police officers of using excessive force on BLM protester**

**By The Gazette**

Published: Dec. 9, 2020 at 8:46 PM MST

"While Colorado Springs police determined the officers' use of force was in line with the department's policy of arresting a resisting subject, supervisors found Wrede and Thymian violated the department's body-worn camera policy, which requires officers to record any confrontation with the public, according to the report. A commander, who noted that neither officer had similar violations in the past, ordered Thymian and Wrede to receive verbal counseling."


Watch the video related to the above story. Everyone of the officers should have been charged with attempted murder. Also watch how they violate the rights of the person filming[9] . Once again this shows the Cities custom and or policy where they do not meaningfully discipline, or hold any CSPD officer accountable.


Judge denies Colorado Springs' attempt to delay De'Von Bailey lawsuit[10]

Michael Karlik Colorado Politics

---

[9] Internal investigation clears Colorado Springs police officers of using excessive force on BLM protester (kktv.com)
[10] Federal authorities clear Colorado Springs officers in De'Von Bailey killing | Colorado Springs News | gazette.com

Updated Nov 25, 2020

In a Nov. 17 order, Martínez denied the city's request, while indicating he was inclined not to dismiss the case. "(I)n the court's view it appears that the likelihood Defendants will successfully invoke the defense of qualified immunity is not high," Martínez wrote. Bailey's family filed the lawsuit in June, alleging there was no threat to officers Alan Van't Land and Blake Evenson when they fired eight shots at Bailey as he fled from them. A 4th Judicial District grand jury as well as federal authorities determined the officers were justified, even though a 1984 U.S. Supreme Court decision prohibits the use of deadly force on a fleeing felon unless he poses an immediate threat.

Officers in this case shot a fleeing person not even a felon in the back. Officers never seen a Gun. It was later determined it was also a false report of a crime. Officers violated Tennessee v. Garner, 471 U.S. 1 (1985). This is a clear civil rights violation. City of Colorado Springs does not impose a meaningful discipline, and, or hold any CSPD officer accountable. City of Colorado Springs just passed the investigation off. City of Colorado Springs took no actions against the officers.

City of Coloado Springs Policies, Customs and or practices on how Internal affairs handles the filing and investigations of its Complaints are horrendous and the proximate cause for 1st Amendment and 4th amendment violations and retaliations against me.

City of Colorado Springs Policy, Practice and or Custom allow for those who receive the complaint to do whatever they please with it. Buy not taking complaints seriously and meaningfully  investigating this City of Colorado Springs Policy, Practice and or Custom is the proximate cause for damages at 1850 North Academy blv. Also retailations and continuous constitutional violations.

Jeff Strossner committed wire fraud and filed my April 2, 2016 complaint, back under my original internal affairs complaint that took place on Dec 14, 2011.

On  4/30/2019 I spoke with an individual named Angela when who was an administrative assistant in the internal affairs office.  I have this call recorded.  So there was no record of the complaint I filed against Marcus Allen. The Administrative assistant could not provide me with a case number.  I later spoke with a Theresa Persons,  When I asked why there was no case number for my complaint, Persons replied because Marcus Allen was at the location on a call.

Complaints I sent to the mayor that involved the first and fourth amendment constitutional violations against me on July 10,  2017, location 1850 north academy Blvd by  Defendants Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves,  also were not taken seriously and not meaningfully investigated. .  Defendants Lt. Robert Mitchell, was put in charge of the internal affairs investigation, on himself and, defendants Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves,  Robert Mitchell also told me he would provide me

with the identities of the men who terrorized and targeted my 77 year old mother may god rest her soul.  Robert Mitchell also said he would get me the overtime records, that I've been asking about since 2011.  Robert Mitchell did not provide me anything.  Robert Mitchell broke the law and answered none of my Cora requests.  This city of Colorado Springs, policy, practices and or customs are the cause a proximate damage from retaliation and constitutional violations.

### Establishment Clause violations having a chilling effect on Free Exercise.

The list below is a list of religious organizations, who pay the city of Colorado Springs is for police services in 2017. (exhibit) All were of these religious organizations are on the extra duty vendor list. The members of these religious organization who pay for police protection do not deal with the discrimination, and disparaging treatment that, I have dealt with of three different occasions. In contrast religious organizations that pay for extra duty, have police powers. This unconstitutional entanglement is also a violation of the 14th amendment and equal protections of the law. I cannot pay for police protection so that I made freely exercise. I just do not have the money. CSPD robs me every chance they get. Once a religious organization pays the city, the officers are the churches security and are under the control of the church. Often police officers will block public roadways so members of the church on the vendor list will not have to wait in traffic. The police powers come at a price however roughly $42.00 per hour per officer. These churches have so much power they can even commandeer sergeants of CSPD for $51.00 an hour. Churches with police powers are state endorsed churches, and are a violation to the establishment clause. These churches never get harassed by officers. Officers never show up and occupy and seized property. Officers never conduct so-called occupancy checks at these locations. Officers don't yank on lock doors and tell members inside to praise the lord. The city

of Colorado Springs, and John Suthers allow for unconstitutional entanglement between church and state so that they can fill the city coffers. These actions are unconstitutional and we will be asking the court to stop them. For they violate the Establishment Clause.

ANGELS OF AMERICA'S FALLEN, $282.90

CALVARY WORSHIP CENTER, $6,936.94

CHURCH FOR ALL NATIONS, $13978.37

DIOCESE OF COLORADO SPRINGS, $124.67

DISCOVER CHURCH COLORADO, $ 202.68

FIRST PRESBYTERIAN CHURCH, $ 12,440.01

HOLY CROSS LUTHERAN CHURCH. $ 6,510.35

NEW LIFE CHURCH, $ 59,832.30

PULPIT ROCK CHURCH, $ 1,181.69

REDEMPTION HILL CHURCH, $ 10,061.91

Rock Family Church $11,473.56

ST. GABRIEL CATHOLIC CHURCH, $ 1,711.69

TEMPLE SHALOM, $553.00

City of Colorado Springs Custom and or Policy to violate the Establishment Clause by selling police powers to churches for money, is proximate cause for Chilling effects on my Free exercise and violations of my Constitutional rights.

Religious organizations in Colorado Springs city coffers and boost the city's general fund.  The

city of Colorado Springs allowing churches to use CSPD as security shows favoritism ports is

certain religions.  Since the owners of my church were not allowed to pay for police protection

they were targeted by the police.  Also when you pay for police protection you also get a free

passes from other agencies and the city like sign enforcement and the fire department.   When

banners placed on my building to a promo GreenFaiths church we were given sign violations.

However when holy Cross' Lutheran church which is about ¼ mile away from my building

freely flies banners to promote its religious activity.  If you pay for the police protection you will

get a pass as from other enforcement conducted by the city of Colorado Springs.   (exhibits)  We

ask the court for to stop the unconstitutional entanglement.

## CLAIM ONE

### 42 U.S.C. § 1983 1ST AMENDMENT retaliation for protected Speech.

**(CITY OF COLORADO SPRINGS, Brett Poole, ROGER VARGASON, DANIELLE MC CLARIN, ANGIE NEIVES, Brett Lacey, ROBERT MITCHELL, DA. Dan May, E.M.Land 4250, Police Chief Pete Carey, J True 2063, S Hausman, Emory Gerhart, Kirk Montgomery, Marcus Allen, Greg Dingrando, Paul Kavanaugh, Tyler Bresson, Nicholas Hamaker, Supervisor Eric Anderson,)**

All statements of fact and introduction set forth previously are hereby incorporated into this

claim as though set forth fully herein.

My Multiple complaints regarding constitutional violations, police misconduct and cora requests

to inquire on my injury are communications is expressive activity protected by the First

Amendment: Verbal complaint in 2010 in concerns of Illegal Search and Seizure at 1150 East

Fillmore St.  Emailed complaint 11/23/2011 to the Mayor of Colorado Springs , Internal affairs complaint Dec  14, 2011. On 2/28/2012 Cora request sent to the City of Colorado Springs. Complaint against Poole and Defendant S Hauseman on April 2, 2016.  Complaints Filed with the Attorney General around July 2016. Cora Request on 7/28/2016.  Closing statement in my Municipal county case on Jan 11, 2017.  Complaint filed for Unlawful search and seizure of My property 7/10/2017. Complaint filed with City council and Mayor Suthers 12/11/2017. Complaint file with City council and Mayor Suthers 12/12/2017.  On or around April 6, 2018 Compliant filed verbal, FBI field office Colorado Springs with Agents Kyle Pressel and Julio Hernandez.  Facebook post on El paso county Facebook page, October 18,2018.  Emailed complaint on 3/13/2019 that had to do with Marcus Allen.  Complaint verbally against Tyler Bresson and Nicholas Hamaker 4/20/2019 with Stetson hills division.  Follow up Complaint to DOJ United States Attorney Zeyen Wu 5/1/2019.

Defendants jointly and on their own accord responded to Plaintiff's First Amendment-protected activity with retaliation, including illegal searches and seizures, free exercise violations, other Constitutional violations, harassment, robbery and targeting.

Defendants' retaliatory actions were substantially motivated by Plaintiff's exercise of his First

Amendment rights.

By the decision by, Dan May to bring a malicious prosecution. Defendant E.M. Land 4250 to start a Criminal investigation on 10/19/11/.  E.N land, Jeffery True and Poole's unconstitutional search, robbery and seizure of property located at 5219 Constitution ave and 3017 De Cortez st. Withholding of police services (01/03/15), Withholding of police services March 2016, S Hausman illegal search of A Cut Above 3750 Astrozon Blvd S.140, Refiling of my April 2016 complaint under, a previously filed 2011 complaint by Jeff Strossner, illegal seizure of my person on July 7, 2016 by Emory Gerhart. Seizure of my person by Kirk Montgomery On 9/21/2016, Kirk Montgomery, On Jan 11,2017, Chilling of my speech during closing statements in municipal court. The Terroizing and targeting of my mother, on July 1, 2017 at 1119 Yosemite dr. Unlawful search and seizure of My property 7/10/2017 by Defendants Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves. Withholding of Police services December 1, 2017 A Cut Above, 3750 Astrozon Boulevard suite 140. Danielle Mc Clarin Makes derogatory statements about me at A Cut Above, 3750 Astrozon Boulevard suite 140, sometime in 2018.  On or around October 18, 2018, El Paso county employee Greg Dingrando removed my Facebook post on El Paso county Facebook Page and blocked me. Illegal search and seizure of property January 21, 2019 by Officer Marcus Allen. 4/20/2019 Seizure of my Property 1850 North Academy blv by Tyler Bresson, and Nicholas Hamaker. Eric Allens unconstitutional supervision. 4/20/2019. On  4/30/2019 Theresa Persons,  non-filing of complaint in concerns of Marcus Allen.  Paul Kavanaugh hiding of my posts, around April 4 to April 20, 2019 and Hid post on September 13,2019.

 Defendants sought to punish Me for exercising my First Amendment rights and to silence my future speech and restrict my freedom of expression, and the future speech and additional complaints. Defendants' retaliatory actions would chill a person of ordinary firmness from engaging in such First Amendment-protected activity.

Defendants' conduct violated clearly established rights belonging to Plaintiff of which reasonable persons in Defendants' position knew or should have known.

The acts and omissions of Defendants were engaged in pursuant to the customs, policies, and practices of Defendant Colorado Springs, which encourages, condones, tolerates, and ratifies the restraint of speech and expressive activity by its officials of individuals expressing viewpoints critical of Defendant Colorado Springs and/or its officials and/or exercising their rights of free speech and dissent.

At all times relevant to this Amended Complaint, Defendants were acting under the color of law. Defendants' actions and/or omissions caused, directly and proximately, me to suffer damages.

**<u>Claim Two</u>**

## <u>42 U.S.C. § 1983 1ST AMENDMENT Violations of protected Speech.</u>

### (Greg Dingrando, Paul Kavanaugh and Kirk Montgomery,)

All statements of fact and introduction set forth previously are hereby incorporated into this

claim as though set forth fully herein.


My Multiple Facebook posts on Government Facebooks and my closing arguments in municipal court are communications is expressive activity protected by the First Amendment: Closing statement in my Municipal court case on Jan 11, 2017. Facebook posts on El paso county Facebook page, October 10, and October 18, 2018.  My posts around April 4 to April 20, 2019 and Hid post on September 13, 2019 that were Speech and journalism.

Defendants Greg Dingrando, and Paul Kavanaugh decision to remove my speech / journalism was based on viewpoint discrimination.

Defendant Kirk Montgomery decision to interrupt my closing statements and did change my speech was based upon view point discrimination and retaliation. This had a chilling effect on my first Amendment.

Defendants Greg Dingrando, and Paul Kavanaugh removal of my posts and Greg Dingrando's

blocking of me from posting on Government facebook pages did a have a chilling effect on my

First Amendment.

I was prevented from speaking out on a matter of public concern.


Greg Dingrando, Paul Kavanaugh and Kirk Montgomery conduct violated clearly established

rights belonging to Plaintiff of which reasonable persons in Defendants' position knew or should

have known.


The acts and omissions of Defendants Greg Dingrando, Paul Kavanaugh and Kirk Montgomery

were engaged in pursuant to the customs, policies, and practices of Defendant Colorado Springs,

which encourages, condones, tolerates, and ratifies the restraint of speech and expressive activity

71

by its officials of individuals expressing viewpoints critical of Defendant Colorado Springs and/or its officials and/or exercising their rights of free speech and dissent.

I was prevented by Defendants from delivering my message in violation of the First Amendment to the United States Constitution.

Defendants' actions and/or omissions caused, directly and proximately, me to suffer damages.

## CLAIM THREE

## 42 U.S.C. § 1983

## The  14th Amendment Denial Due Process

(City of Colorado Springs, John Suthers and Chief Vince Niski)

All statements of fact and introduction set forth previously are hereby incorporated into this claim as though set forth fully herein.

Claim Three is alleged against Defendants City of Colorado Springs and Supervisor of CSPD John Suthers and Chief Vince Niski.

The City of Colorado Springs through its Police Department, Chief of Police, Mayor, and City Council has interrelated de facto policies, practices, and customs which included:

      a.   maintaining a Gang Database consisting of names and identifying information of individuals suspected of being members of Colorado Springs street gangs;

b.   arbitrarily including individuals in the Gang Database and labeling them as

gang members

c.   failing to inform individuals when their information is inputted into the Gang

Database;

d.   failing to have a process by which individuals can challenge their inclusion in

the Gang Database;

e.   failing to have any sort of process by which the information contained in the

Gang Database is analyzed for accuracy;

f.   refusing to remove individuals from the Gang Database who have been

wrongfully included;

g.   sharing information contained in the Gang Database with third parties,

including but not limited to federal and local government agencies, courts and

prosecutors' offices, municipalities, other police departments in the

Midwestern United States.

h.   failing to train and supervise CSPD officers on how to use and administer the

Gang Database in a manner that does not violate individuals' constitutional

rights under the Fourth, Fifth and Fourteenth Amendments.

Policies, practices, and customs alleged above are implemented by City of Colorado Springs John Suthers and Chief Vince Niski.

Defendants City of Colorado Springs John Suthers and Chief Vince Niski knows that the Gang Database is riddled with errors, and that many people are wrongfully included in the Gang Database.

The City of Colorado Springs, John Suthers and Chief Vince Niski has implemented, enforced, encouraged, and sanctioned CSPD policy, practice, and custom of using and maintaining a Gang Database in a manner that violates my due process rights in violation of the Fourteenth Amendment.

The City has acted with deliberate indifference to the Fourteenth Amendment rights of Delbert Sgaggio, As a direct and proximate result of the acts and omissions of the City Colorado Springs, John Suthers and Chief Vince Niski , the Fourteenth Amendment rights of me and other members of a protected class.

Defendants engaged in this conduct intentionally, knowingly, willfully, wantonly, maliciously, and in reckless disregard of my constitutional rights.

## CLAIM Four

## 42 U.S.C. § 1983

## 4th Amendment Unlawful Seizure

**(E.N land, Jeffery True, Brett Poole, Emory Gerhart, Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, Marcus Allen, Tyler Bresson Nicholas Hamaker, Eric Allen, City of Colorado Springs John Suthers and Chief Vince Niski)**

Plaintiff hereby incorporates all other paragraphs of this Complaint as if fully set forth herein.

Unlawful seizures are as follows. E.N land, Jeffery True, Brett Poole, Nov, 22 2011 at 3017 De Cortez st, and 5219 Constitution ave Unlawful Seizure of property.

Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, Unlawful Seizure of my Building and Property, 1850 North Academy Blv. on July 10, 2017 to July 11, 2017. Marcus Allen, Unlawful Seizure of my Building and Property, 1850 North Academy Blv January 21, 2019.  Tyler Bresson Nicholas Hamaker, Eric Allen, Unlawful Seizure of my Building and Property, 1850 North Academy Blv. 4/20/2019.

John Suthers and Chief Vince Niski were supervisors of the above named defendants on all unlawful seizures that took place after 2017.

All Defendants knew or should have known that that a seizure of my person or property without a warrant, or seizure with a warrant obtain through fraud violated my clearly established Fourth Amendment Rights.

Defendants engaged in this conduct intentionally, knowingly, willfully, wantonly, maliciously, and in reckless disregard of my constitutional rights.

All Defendants were acting under the color of law.

Colorado Springs, through its procedures, policies, practices, and customs, caused the violation of My rights.

## CLAIM FIVE

## 42 U.S.C. § 1983

### 4th Amendment Unlawful Search

**(E.N land, Jeffery True, Brett Poole, Emory Gerhart, Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, Marcus Allen, Tyler Bresson Nicholas Hamaker, Eric Allen, City of Colorado Springs, John Suthers and Chief Vince Niski)**

Plaintiff hereby incorporates all other paragraphs of this Complaint as if fully set forth herein.

Unlawful searches are as follows. E.N land, Jeffery True, Brett Poole, Nov, 22 2011 at 3017 De Cortez st, and 5219 Constitution ave,  Unlawful search of property.

Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, Unlawful Search of my Private Property, 1850 North Academy Blv. on July 10, 2017 to July 11, 2017.

Marcus Allen, Unlawful Search of my Property, 1850 North Academy Blv January 21, 2019.

Tyler Bresson Nicholas Hamaker, Eric Allen, Unlawful Search Property, 1850 North Academy

Blv 4/20/2019.


John Suthers and Chief Vince Niski were supervisors of the above named defendants on all

unlawful searches that took place after 2017.

Colorado Springs, through its procedures, policies, practices, and customs, caused the violation

of My rights.


All Defendants were acting under the color of law.

Defendants engaged in this conduct intentionally, knowingly, willfully, wantonly, maliciously,

and in reckless disregard of my constitutional rights.


All Defendants knew or should have known that that a search of my property without a warrant,

or search with a warrant obtain through fraud violated my clearly established Fourth Amendment

Rights.


## CLAIM SIX

### 42 U.S.C. § 1983

### First Amendment - Violation Regarding Free exercise of religion.

**(E.N land, Jeffery True, Brett Poole, Emory Gerhart, Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, Marcus Allen, Tyler Bresson  Nicholas Hamaker, Eric Allen, City of Colorado Springs John Suthers and Chief Vince Niski)**


Unlawful searches are as follows. E.N land, Jeffery True, Brett Poole, Nov, 22 2011 at 3017 De

Cortez st, and 5219 Constitution ave,  taking of my sacred plants 12 in total, these plants were

my real religious property.

I was detained questioned and threatened by Defendant Emory Gerhart at 12:18 pm, July 7, 2016 on Big Springs and Calhan RD. My prayer was stopped.

Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, Unlawful Seizure of my Building and Property, 1850 North Academy Blv. on July 10, 2017 to July 11, did stop my prayer and violate my free exercise.

Marcus Allen, Unlawful Search and seizure of my Property, 1850 North Academy Blv January 21, 2019.  Did stop my prayer and caused violation to my free exercise.

Tyler Bresson Nicholas Hamaker, Eric Allen, Unlawful Search and seizure Property, 1850 North Academy Did Stop my prayer and caused violation to my free exercise.

The four incidences above shows a pattern of first amendment free exercise targeting.  This did have a chilling effect on my free exercise.

John Suthers and Chief Vince Niski were supervisors of the above named defendants on all Constitutional violations that took place after 2017.

Colorado Springs, through its procedures, policies, practices, and customs, caused the violation of My rights.

## **CLAIM SEVEN**

**42 U.S.C. § 1983**

**First Amendment - Violation Regarding Retaliation for Free exercise of religion.**

The growing of my sacred plants in 2011 was me practicing free exercise and is constitutionally protected.  After officers learn about my spirituality, and how I choose to pray and also that I prayed at Green Faith caused defendants, Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, Marcus Allen, Tyler Bresson Nicholas Hamaker, Eric Allen, did retaliate against me for my free exercise.


I was detained questioned and threatened by Defendant Emory Gerhart at 12:18 pm, July 7, 2016 on Big Springs and Calhan RD. My prayer was stopped.


Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin, Angie Nieves, Unlawful Seizure of my Building and Property, 1850 North Academy Blv. on July 10, 2017 to July 11, did stop my prayer and violate my free exercise and was retaliation for my free exercise.


Marcus Allen, Unlawful Search and seizure of my Property, 1850 North Academy Blv January 21, 2019.  Did stop my prayer and caused violation to my free exercise.


Tyler Bresson Nicholas Hamaker, Eric Allen, Unlawful Search and seizure Property, 1850 North Academy Did Stop my prayer and caused violation to my free exercise.


All Defendants were acting under the color of law.

Defendants engaged in this conduct intentionally, knowingly, willfully, wantonly, maliciously,

and in reckless disregard of my constitutional rights.

John Suthers and Chief Vince Niski were supervisors of the above named defendants on all

Constitutional violations that took place after 2017.

Colorado Springs, through its procedures, policies, practices, and customs, caused the violation

of My rights.

## CLAIM EIGHT

## RICO § 1962(c)

### (Defendant's Dan May, E.N land, Jeffery True, Jeff Strossner and Poole)

All statements of fact set forth previously are hereby incorporated into this claim as though set

forth fully herein

Defendant's Dan May, E.N land, Jeffery True, Jeff Strossner and Poole formed Overtime

Enterprise 1, and Association in fact enterprise within the meaning of 18 U.S.C. §

1961(4) buy committing fraud so that they could, conduct search warrants commit robbery

and collect overtime pay, and comp pay.

Defendant's Dan May, E.N land, Jeffery True, Jeff Strossner and Poole are an Enterprise engaged

in and whose activities affect interstate commerce.

Defendant's Dan May, E.N land, Jeffery True, and Poole all engaged in Wire Fraud, 18 U.S.C.
1343—

Jeff Strossner committed Mail Fraud. 18 U.S.C. Section 1341

Defendant's Dan May, E.N land, Jeffery True, and Poole have used search warrants secured by fraud to commit robberies on other people, and did use cell phone and other electronic means of communications while conducting this scheme. Wire Fraud, 18 U.S.C. 1343—

Defendant's Dan May, E.N land, Jeffery True, Jeff Strossner and Poole are employed by or

associated with the enterprise.

Defendant's Dan May, E.N land, Jeffery True, Jeff Strossner and Poole agreed to and did conduct

and participate in the conduct of the enterprise's affairs through a pattern of racketeering activity

and for the unlawful purpose of intentionally defrauding Me.

Delbert Sgaggio's business and property has been injured as a direct and proximate result of

Defendants' Dan May, E.N land, Jeffery True, Jeff Strossner and Poole racketeering activities

and conspiracy to engage in racketeering activities.

## CLAIM NINE

## RICO § 1962(c)

**(Defendants Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin,**

**Angie Nieves.)**

All statements of fact set forth previously are hereby incorporated into this claim as though set

forth fully herein

Defendants Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin,

Angie Nieves, formed Overtime Enterprise 2, and Association in fact enterprise **within the meaning of 18 U.S.C. § 1961(4)** buy committing fraud so that they could conduct

unconstitutional searches commit robbery and collect overtime pay, and comp pay.


Delbert Sgaggio's business and property has been injured as a direct and proximate result of Defendants' Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin,

Angie Nieves racketeering activities and conspiracy to engage in racketeering activities.

Defendants' Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin,

Angie Nieves agreed to and did conduct and participate in the conduct of the enterprise's affairs

through a pattern of racketeering activity and for the unlawful purpose of intentionally

defrauding Me.

Defendants' Lt. Robert Mitchell, Roger Vargason, Brett Lacey, Danielle Mc Calarin,

Angie Nieves are employed by or associated with the enterprise.


## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff I DELBERT SGAGGIO,  property owner, etc. request that this Court

rectify judgment in her favor and against Defendants, and grant:


a) Appropriate declaratory and other injunctive and/or equitable relief;

b) Compensatory and consequential damages, including damages for emotional distress, loss of reputation, humiliation, loss of enjoyment of life, happiness, liberty, and other pain and suffering on all claims allowed by law in an amount to be determined at trial;

c) All economic losses on all claims to be rectified by legitimate law;

d) Punitive damages on all claims allowed by law and in an amount to be determined at Trial.

 e) Pre- and post-judgment interest at the lawful rate.

f) Any further relief that righteous court deems just and proper, and any other relief to be rectified by law.

I DELBERT SGAGGIO demand rectify and Request a Guaranteed Jury Trial.

Respectfully submitted this (15th day of March, 2021) .

By: s/ Delbert Sgaggio

DELBERT SGAGGIO

1850 North Academy Blv.

82

Colorado Springs Colorado 80909

Overclock420@hotmail.com

719 351 0801

CERTIFICATE OF SERVICE I hereby certify that on March 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants and I will serve a copy via email to

By: s/ Delbert Sgaggio

RitchieMary Ritchie, #46745 Assistant County Attorney 200 S. Cascade Ave. Colorado Springs, CO 80903 (719) 520-6485Email: maryritchie@elpasoco.com

Bryan Schmid, #41872 Senior Assistant County Attorney 200 S. Cascade Ave. Colorado Springs, CO 80903 (719) 520-6485 Email: bryanschmid@elpasoco.com Attorneys for County Defendants

Anne H. TurnerAssistant City Attorney30 S. Nevada Ave., Suite 501 Colorado Springs, CO 80903 (719) 385-5909 Email:

aturner@springsgov.com

Attorneys for City Defendants